## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-00839 SJO (ASx) | Date | August 13, 2018 |
|---|---|---|---|
| Title | Mary H. Garcia et al v. County of Riverside et al | | |

| Present: The Honorable | S. JAMES OTERO |
|---|---|

| Victor Paul Cruz | Carol Zurborg | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Suzanne Catherine Skolnick | Arthur Kenneth Cunningham<br>Kyle Bevan |

**Proceedings:**     MANDATORY SCHEDULING CONFERENCE

Matter called.

The Court declines to accept supplemental jurisdiction over State law claims.

The Court sets the following schedule:

| | |
|---|---|
| Jury Trial: | Tuesday, June 18, 2019 @ 9:00 a.m. |
| Pretrial Conference: | Monday, June 10, 2019 @ 9:00 a.m. |
| Motion Cutoff: | Monday, April 15, 2019 @ 10:00 a.m. |
| Discovery Cutoff: | Monday, March 18, 2019. |
| Last Date to Amend: | Thursday, September 13, 2018. |

Reference of the above case to the Alternative Dispute Resolution Program is vacated. Settlement is referred to Private Mediation for all further proceedings.

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.

        Court advises counsel that all Pretrial documents must be filed in compliance with

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 18-00839 SJO (ASx) | Date | August 13, 2018 |
|---|---|---|---|
| Title | Mary H. Garcia et al v. County of Riverside et al | | |

the Court's standing order, including but not limited to:

1.      All Jury Instructions, agreed and opposed;
2.      Verdict Forms;
3.      Proposed Voir Dire Questions;
4.      Agreed-To Statement of Case;
5.      Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6.      Trial Brief and Memorandum of Contentions;
7.      Joint Rule 26(f) Report;
8.      If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9.      Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;
10.     Exhibits properly labeled, tagged, and in binders.


cc:      ADR Coordinator

                                                                :      0/27

                                      Initials of Preparer          vpc