Name, Address and Telephone Number of Attorney(s):

Richard T. Copeland, Esq. (SBN 213605)
CONFLICT SOLUTION SERVICES
450 N. Brand Boulevard, Suite 600
Glendale, California 91203
(310) 968-6070

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY H. GARCIA, et.al. | CASE NUMBER |
| Plaintiff(s) | 18-CV-839-SJO |
| v. | |
| SERGEANT AYALA, et.al. | MEDIATION REPORT |
| Defendant(s). | |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): January 8, 2019 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15.5(b).
      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3. Did the case settle?
   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☑ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   May 31, 2018 .

Dated: January 11, 2019

_____
Signature of Mediator

Richard T. Copeland
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/14)          **MEDIATION REPORT**          Page 1 of 1