UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MARY H. GARCIA, Individually, and as successor-in-interest to ESTATE OF PHILLIP SOTO GARCIA, JR. (Deceased), et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF RIVERSIDE, et al., <br><br> Defendants. | CASE NO. 5:18-CV-839-SJO (ASx) <br><br> **[PROPOSED] ORDER RE STIPULATION TO CONTINUE DISCOVERY CUTOFF DEADLINE** <br><br> Trial Date: None Set |

The Court having received and considered the Stipulation to Continue Discovery Cutoff Deadline of the parties, and good cause appearing,

IT IS ORDERED:

The following deadlines are continued to the following dates:

1. Discovery cutoff deadline is continued from March 18, 2019 to April 26, 2019;

2. Initial expert disclosure deadline is continued from April 1, 2019 to May 3, 2019;

1    3. Rebuttal expert disclosure deadline is continued from April 22, 2019 to
2    May 17, 2019;
3    4. Motion cut-off deadline is continued from April 15, 2019 to May 20, 2019.
4    **IT IS SO ORDERED.**
5
6    Respectfully submitted,
     DATED: _____
7

                                        By: _____
                                            The Honorable S. James Otero
                                            UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4848-0222-1191.1

2

[PROPOSED] ORDER RE STIPULATION TO CONTINUE DISCOVERY CUTOFF DEADLINE

# FEDERAL COURT PROOF OF SERVICE

GARCIA, MARY H. vs COUNTY OF RIVERSIDE - Case No. 5:18-CV-00839-SJO (ASx)

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 8, 2019, I served the following document(s): [PROPOSED] ORDER RE STIPULATION TO CONTINUE DISCOVERY CUTOFF DEADLINE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 8, 2019, at San Bernardino, California.

_____
Sharon Denise Moore-Duncan

## SERVICE LIST
## GARCIA, MARY H. vs COUNTY OF RIVERSIDE
## 5:18-CV-00839-SJO (ASx)

| | |
|---|---|
| Robert Trujillo, Esquire<br>Melody Trujillo, Esquire<br>TRUJILLO & TRUJILLO, APLC<br>41593 Winchester Road, Suite 201<br>Temecula, California 92590<br>951-296-9529<br>E-mail: trulaw@trujillo-law.us<br>**Attorneys for Plaintiffs**<br>**MARY H. GARCIA, Individually and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. (deceased); ANGELO GARCIA, PHILLIP J. GARCIA and FRED A. TORO** | Christopher D. Lockwood, Esquire<br>ARIAS & LOCKWOOD<br>1881 South Business Center Drive, Suite 9A<br>San Bernardino, California 92408<br>909-890-0125<br>909-890-0185 (facsimile)<br>E-mail: Christopher.lockwood@ariaslockwood.com<br>**Co-Attorneys for Defendants**<br>**COUNTY OF RIVERSIDE, STANLEY SNIFF, WILLIAM DI YORIO, JULIO IBARRA, JERRY GUTIERREZ, DAVID KONDRIT and SERGEANT MAGANA** |
| Suzanne Skolnick, Esquire<br>2888 Loker Avenue East, Suite 110-F<br>Carlsbad, California 92010<br>760-405-4397<br>E-mail: Suzanne@skolnicklawgroup.com<br>**Attorneys for Plaintiffs**<br>**MARY H. GARCIA, Individually and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. (deceased); ANGELO GARCIA, PHILLIP J. GARCIA and FRED A. TORO** | Peter J. Ferguson, Esquire<br>Kyle R. Bevan, Esquire<br>FERGUSON, PRAET & SHERMAN<br>1631 East 18th Street<br>Santa Ana, California 92705<br>714-953-5300<br>714-953-1143 (facsimile)<br>Peterferg@aol.com<br>Kbevan@law4cops.com<br>**Attorneys for Defendants**<br>**CITY OF CATHEDRAL CITY, OFFICER DANIEL ANES, OFFICER JOSEPH BROOKS, OFFICER CLADIU MURZEA, and OFFICER MATTHEW BUEHLER** |
| Lewis Khashan, Esquire<br>38975 Sky Canyon Drive, Suite 201<br>Murrieta, California 92563<br>951-775-7279<br>E-mail: lewis@khashanlaw.com<br>**Attorneys for Plaintiffs**<br>**MARY H. GARCIA, Individually and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. (deceased); ANGELO GARCIA, PHILLIP J. GARCIA and FRED A. TORO** | Daniel P. Barer, Esquire<br>Daniel@pollakvida.com<br>Anna L. Birenbaum, Esquire<br>Anna.pollakvida.com<br>POLLAK, VIDA & BARER<br>11150 West Olympic Boulevard, Suite 900<br>Los Angeles, California 90064<br>310-551-3400<br>310-551-1036<br>**Attorneys for Defendants**<br>**CITY OF CATHEDRAL CITY, OFFICER DANIEL ANES, OFFICER JOSEPH BROOKS, OFFICER CLADIU MURZEA and OFFICER MATTHEW BUEHLER** |