Arthur K. Cunningham, SBN 97506
   E-Mail: Arthur.Cunningham@LewisBrisbois.Com
LEWIS BRISBOIS BISGAARD & SMITH LLP
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: (909) 387-1130
Facsimile: (909) 387-1138

Christopher D. Lockwood, SBN 110853
   E-Mail: Christopher.Lockwood@AriasLockwood.com
ARIAS & LOCKWOOD
1881 S. Business Center Drive, Suite 9A
San Bernardino, CA 92408
Telephone: (909) 890-0125
Facsimile: (909) 890-0185

Attorneys for Defendants Sergeant Ayala, Deputy Figueroa, Deputy Pearson, Deputy Lopez, Deputy Cordero, Deputy Llanos, Deputy Hinson, Deputy Caverley, Deputy Rodarteo-Lugo, Deputy Miranda, Deputy Varoni, Deputy Maldonado, Deputy Kramer, Deputy Tarango, Deputy Steele, Deputy Bergert, Deputy Tesillo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY H. GARCIA, individually and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. (Deceased); ANGELO GARCIA; and PHILLIP J. GARCIA, <br>                Plaintiff, <br> vs. <br> SERGEANT AYALA et al, <br>                Defendants. | CASE NO.:   5:18 CV 839 SJO (ASx) <br><br> STIPULATED ORDER IN LIMINE |

Pursuant to the stipulation of the parties it is ordered:

1. No questions, evidence or argument will be presented about applications for employment submitted by Defendants to law enforcement agencies other than the County of Riverside Sheriff's Department.

2. No questions, evidence or argument will be presented about alleged differences between the numbers of hours listed in training records and the numbers of hours spent in training. No questions, evidence or argument will be presented about alleged cheating on tests. This order does not preclude questions and evidence about the numbers of hours of listed on training records.

3. No questions, evidence or argument will be presented about citizen complaints and lawsuits against Defendants and against other County of Riverside employees.

4. No questions, evidence or argument will be presented about the County of Riverside's discipline process or whether non-party employees were disciplined.

5. No questions, evidence or argument will be presented about whether the jail was understaffed.

DATED: _____

_____
United States District Judge