1  Lewis Khashan, Esq. (CA SBN 275906)
   **KHASHAN LAW FIRM**
2  38975 Sky Canyon Drive, Suite 201
   Murrieta, CA 9253
3  Tel: (951) 775-7279
   Email: lewis@khashanlaw.com
4
   Attorneys for Plaintiffs
5  MARY H. GARCIA, Individually and as successor-in-interest to Estate of Phillip
   Soto Garcia, Jr. (deceased); ANGELO GARCIA, and PHILLIP J. GARCIA
6
7  ARTHUR K. CUNNINGHAM, SB# 97506
       E-Mail: Arthur.Cunningham@lewisbrisbois.com
8  KAYLEIGH A. ANDERSEN, SB#306442
       E-Mail: Kayleigh.Andersen@lewisbrisbois.com
9  650 East Hospitality Lane, Suite 600
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
10 San Bernardino, California 92408
   Telephone: 909.387.1130
11 Facsimile: 909.387.1138

12 Attorneys for Defendants
   SERGEANT AYALA, DEPUTY FIGUEROA, DEPUTY PEARSON, DEPUTY
13 LOPEZ, DEPUTY CORDERO, DEPUTY LLANOS, DEPUTY HINSON,
   DEPUTY CAVERLEY, DEPUTY RODARTE-LUGO, DEPUTY MIRANDA,
14 DEPUTY VARONI, DEPUTY MALDONADO, DEPUTY KRAMER, DEPUTY
   TARANGO, DEPUTY STEELE, DEPUTY BERGERT and DEPUTY TESILLO
15

16                UNITED STATES DISTRICT COURT
17       CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION
18

19 MARY H. GARCIA, Individually, and     CASE NO. 5:18-CV-839-SJO (ASx)
   as successor-in-interest to ESTATE OF
20 PHILLIP SOTO GARCIA, JR.
   (Deceased), et al.,                   **JOINT TRIAL WITNESS LIST**
21
22              Plaintiffs,              Trial Date: June 18, 2019
                                         Time:       9:00 a.m.
23        vs.                            Room:       10C
24 COUNTY OF RIVERSIDE, et al.,
25              Defendants.
26

27     The parties hereby submit the following Joint Witness List for trial in this
28 matter.

4827-1952-6551.1

JOINT TRIAL WITNESS LIST

| | Witness Name | Party Calling Witness and Estimate Direct | Cross Estimate | Description of Testimony | Comments |
|---|---|---|---|---|---|
| 1. | Plaintiff Mary Helen Garcia | Plaintiff- 1 hour | 0.7 hours | Loss of Relationship | |
| 2. | Plaintiff Angelo Garcia | Plaintiff- 1 hour | 0.4 hours | Loss of Relationship | |
| 3. | Plaintiff Phillip J. Garcia | Plaintiff- 1 hour | 0.4 hours | Loss of Relationship | |
| 4. | Dwight Walker | Plaintiff- 30 mins | 0.4 hours | Witness to incident/Power of Attorneys | |
| 5. | Roger Clark, Retained Expert | Plaintiff- 1.5 hours | 0.9 hours | Police Procedure Expert | |
| 6. | Dr. Bennet Omalu, Retained Expert | Plaintiff- 1.5 hours | 0.9 hours | Physician, Forensic Pathologist, and Neuropathologist | |
| 7. | Defendant Sergeant Jose Ayala | Plaintiff- 1 hour | 0.6 hours | Witness/involvement in incident | |
| 8. | Defendant C. Deputy II Robert Figueroa | Plaintiff- 30 mins | 0.3 hours | Witness/involvement in incident | |
| 9. | Defendant C. Deputy II Andrew Pearson | Plaintiff- 30 mins | 0.3 hours | Pepper ball use | |

| | | | | | |
|---|---|---|---|---|---|
| 10. | Defendant C. Deputy II Leonardo Lopez | Plaintiff- 30 mins | 0.3 hours | Witness/involvement in incident | |
| 11. | Defendant C. Deputy II Isaiah Cordero | Plaintiff- 30 mins | 0.3 hours | Witness/involvement in incident | |
| 12. | Defendant C. Deputy II Leo Llanos | Plaintiff- 30 mins | 0.3 hours | Witness/involvement in incident | |
| 13. | Defendant C. Deputy II Nigel Hinson | Plaintiff- 30 mins | 0.3 hours | Witness/involvement in incident | |
| 14. | Defendant C. Deputy II Kevin Caverley | Plaintiff- 30 mins | 0.3 hours | Witness/involvement in incident | |
| 15. | Defendant C. Deputy II Izaac Rodarte-Lugo | Plaintiff- 30 mins | 0.3 hours | Witness/involvement in incident | |
| 16. | Defendant Deputy Lorena Miranda | Plaintiff- 30 mins | 0.3 hours | Witness/involvement in incident | |
| 17. | Defendant C. Deputy II Stefano Varoni | Plaintiff- 30 mins | 0.3 hours | Witness/involvement in incident | |
| 18. | Defendant C. Deputy II Pascual Maldonado | Plaintiff- 30 mins | 0.3 hours | Witness/involvement in incident | |

| # | Witness | Plaintiff Time | Defense Time | Topic |
|---|---|---|---|---|
| 19. | Defendant C. Deputy II Ryanne Kramer | Plaintiff- 30 mins | 0.2 hours | Witness/involvement in incident |
| 20. | Defendant C. Deputy Thomas Tarango | Plaintiff- 30 mins | 0.2 hours | Witness/involvement in incident |
| 21. | Defendant Corporal James Steele | Plaintiff- 30 mins | 0.4 hours | Witness/involvement in incident |
| 22. | Defendant C. Deputy Scott Bergert | Plaintiff- 30 mins | 0.3 hours | Witness/involvement in incident |
| 23. | Defendant Dep. Carlos Tesillo (to appear by deposition) | Plaintiff- 1 hour (Depo Video) | 0.2 hours | Witness/involvement in incident |
| 24. | Officer Joseph Brooks, Cathedral City Police Department | Plaintiff- 1 hour | 0.5 hours | Witness/involvement in incident |
| 25. | M. Scott McCormick, M.D., Non-retained Expert | Plaintiff- 1 hour | 0.6 hours | Forensic Pathologist/Autopsy |
| 26. | Katie Cohen, Non-retained Expert | Plaintiff- 45 mins | 0.2 hours | Coroner- Cause of Death |
| 27. | Kirsten Ramirez | Plaintiff- 30 mins | 0.3 hours | Dep. Coroner: email communication with Sgt. Ayala; autopsy information |

4827-1952-6551.1

4

JOINT TRIAL WITNESS LIST

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| # | Name | Party/Time | Time | Description | |
|---|---|---|---|---|---|
| 28. | Cho Lwin, M.D., Non-retained Expert | Plaintiff- 30 mins | 0.6 hours | Consulting Forensic Neuropathologist - Autopsy findings | |
| 29. | Truclinh Nguyen, M.D., Non-retained Expert | Plaintiff- 45 mins | 0.3 hours | Admitting physician at Riverside University Health Systems - Condition of Garcia at time of Admission | |
| 30. | Mandy Leung | Plaintiff- 15 mins | 0.1 hours | Biotox Laboratories- Foundation as to toxicology report | |
| 31. | Pham Le Baonhan, MD, Non-retained Expert | Plaintiff 45 mins | 0.2 hours | Riverside University Health Systems Report- diagnosis | |
| 32. | Andrew Logan, M.D., Non-retained Expert | Plaintiff 30 mins | 0.2 hours | Hospital admission/Cause of Death | |
| 33. | Jacqueline K. Le, M.D. Non-retained Expert | Plaintiff 30 mins | 0.3 hours | Admitting and attending physician at Desert Regional Medical Center | |
| 34. | Shervin Rafie, M.D. | Defense 0.4 hours | 0.5 hours | Desert Regional Medical Center Radiologist, read CT scan after arrest | |
| 35. | Barbara McMurrich, RN | Defense 0.4 hours | 0.5 hours | Intake Nurse at Larry Smith Correctional Facility, saw Mr. Garcia | |
| 36. | Angel Martin, RN | Defense 0.4 hours | 0.5 hours | Intake Nurse at Larry Smith Correctional | |

| # | Name | | Time | Description | |
|---|---|---|---|---|---|
| | | | | Facility, saw Mr. Garcia | |
| 37. | Sylvia Derhak, RN | Defense 0.3 hours | 0.5 hours | Intake Nurse at Larry Smith Correctional Facility, saw Mr. Garcia | |
| 38. | L. Renteria | Defense 0.4 hours | 0.5 hours | Mental Health staff at Larry Smith Correctional Facility, saw Mr. Garcia | |
| 39. | Adelaide Aplin | Defense 0.5 hours | 0.5 hours | Mental Health staff at Larry Smith Correctional Facility, saw Mr. Garcia | |
| 40. | Robert Fonzi Retained Expert | Defense 1 hour | 1 hour | Police Procedures Expert | |
| 41. | Gary M. Vilke, M.D. Retained Expert | Defense 1 hour | 1.5 hours | Emergency Medicine Expert | |
| 42. | Walter Strauser, M.D. Retained Expert | Defense 1 hour | 1 hour | Psychiatry and Pain Management Expert | |
| 43. | Michael Gold, M.D. Retained Expert | Defense 0.7 hours | 1.5 hours | Neurology Expert | |

///

///

///

| | | |
|---|---|---|
| 1 | DATED: May 20, 2019 | LEWIS KHASHAN |
| 2 | | KHASHAN LAW FIRM, APC |
| 3 | | |
| 4 | | By: /s/ |
| 5 | | Lewis Khashan |
| | | Attorneys for Plaintiffs MARY H. |
| 6 | | GARCIA, Individually, and as successor-in-interest to ESTATE OF PHILLIP SOTO |
| 7 | | GARCIA, JR. (Deceased), et al. |
| 8 | | |
| 9 | DATED: May 20, 2019 | ARTHUR K. CUNNINGHAM |
| 10 | | KAYLEIGH A. ANDERSEN |
| | | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: /s/
Arthur K. Cunningham
Attorneys for Defendants SERGEANT AYALA, DEPUTY FIGUEROA, DEPUTY PEARSON, DEPUTY LOPEZ, DEPUTY CORDERO, DEPUTY LLANOS, DEPUTY HINSON, DEPUTY CAVERLEY, DEPUTY RODARTE-LUGO, DEPUTY MIRANDA, DEPUTY VARONI, DEPUTY MALDONADO, DEPUTY KRAMER, DEPUTY TARANGO, DEPUTY STEELE, DEPUTY BERGERT and DEPUTY TESILLO

# FEDERAL COURT PROOF OF SERVICE

GARCIA, MARY v. COUNTY OF RIVERSIDE - Case No. 5:18-CV-839-SJO (AS)

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May ___, 2019, I served the following document(s): **JOINT TRIAL WITNESS LIST**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May ___, 2019, at San Bernardino, California.

_____
SHARON DENISE MOORE-DUNCAN

4827-1952-6551.1

JOINT TRIAL WITNESS LIST

## SERVICE LIST

GARCIA, MARY v. COUNTY OF RIVERSIDE - Case No. 5:18-CV-839-SJO (AS)

Robert Trujillo, Esquire
Melody Trujillo, Esquire
TRUJILLO & TRUJILLO, APLC
41593 Winchester Road, Suite 201
Temecula, California 92590
951-296-9529
**Attorneys for Plaintiffs
MARY H. GARCIA, Individually and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. (deceased); ANGELO GARCIA, and PHILLIP J. GARCIA**

Suzanne Skolnick, Esquire
2888 Loker Avenue East, Suite 110-F
Carlsbad, California 92010
760-405-4397
**Attorneys for Plaintiffs
MARY H. GARCIA, Individually and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. (deceased); ANGELO GARCIA, and PHILLIP J. GARCIA**

Lewis Khashan, Esquire
38975 Sky Canyon Drive, Suite 201
Murrieta, California 92563
951-775-7279
**Attorneys for Plaintiffs
MARY H. GARCIA, Individually and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. (deceased); ANGELO GARCIA, and PHILLIP J. GARCIA**

Christopher D. Lockwood, Esquire
ARIAS & LOCKWOOD
1881 S. Business Center Dr, Suite 9A
San Bernardino, California 92408
909-890-0125
909-890-0185 (facsimile)
**Co-Attorneys for Defendants
COUNTY OF RIVERSIDE. et al.**

4827-1952-6551.1

JOINT TRIAL WITNESS LIST