1   Lewis Khashan, Esq. (CA SBN 275906)
    **KHASHAN LAW FIRM**
2   38975 Sky Canyon Drive, Suite 201
    Murrieta, CA 9253
3   Tel: (951) 775-7279
    Email: lewis@khashanlaw.com
4   Attorneys for Plaintiffs
    MARY H. GARCIA, Individually and as successor-in-interest to Estate of Phillip
5   Soto Garcia, Jr. (deceased); ANGELO GARCIA, PHILLIP J. GARCIA and FRED
    A. TORO
6

7   ARTHUR K. CUNNINGHAM, SB# 97506
       E-Mail: Arthur.Cunningham@lewisbrisbois.com
8   KAYLEIGH A. ANDERSEN, SB# 306442
       E-Mail: Kayleigh.Andersen@lewisbrisbois.com
9   **LEWIS BRISBOIS BISGAARD & SMITH** LLP
    650 East Hospitality Lane, Suite 600
10  San Bernardino, California 92408
    Telephone: 909.387.1130
11  Facsimile: 909.387.1138
    Attorneys for Defendants
12  SERGEANT AYALA, DEPUTY FIGUEROA, DEPUTY PEARSON, DEPUTY
    LOPEZ, DEPUTY CORDERO, DEPUTY LLANOS, DEPUTY HINSON,
13  DEPUTY CAVERLEY, DEPUTY RODARTE-LUGO, DEPUTY MIRANDA,
    DEPUTY VARONI, DEPUTY MALDONADO, DEPUTY KRAMER, DEPUTY
14  TARANGO, DEPUTY STEELE, DEPUTY BERGERT and DEPUTY TESILLO

15

16                    UNITED STATES DISTRICT COURT

17          CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

18

19  MARY H. GARCIA, Individually, and        CASE NO. 5:18-CV-0839-SJO (ASx)
    as successor-in-interest to ESTATE OF
20  PHILLIP SOTO GARCIA, JR.                 **JOINT TRIAL EXHIBIT LIST**
    (Deceased), et al.,
                                             Trial Date: June 18, 2019
21              Plaintiffs,                  Time:       9:00 a.m.
                                             Room:       10C
22          vs.
                                             Plaintiff:      Exhibits 1 – 1000
23  COUNTY OF RIVERSIDE, et al.,
                                             Defendants:    Exhibits 1001 - 2000
24              Defendants.

25

26          The parties hereby submit the following Joint Exhibit List for trial in this

27  matter.

28  / / /

4837-4633-6150.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**PLAINTIFF'S EXHIBITS**

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | Deputy Ayala email to Lt. Elwell Dated 4/28/17- COR000250 (Redacted) | | | | |
| 2. | Deputy's Use of Force Reports- Hinson on Garcia- COR000270-COR000271 (Redacted) | | | | |
| 3. | Deputy's Use of Force Report- Caverley on Garcia- COR000272 (Redacted) | | | | |
| 4. | Deputy's Use of Force Report- Bergert on Garcia- COR000280F (Redacted) | | | | |
| 5. | Deputy's Use of Force Report- Kramer on Garcia- COR000274 (Redacted) | | | | |
| 6. | Deputy's Email from Ayala to Kramer Regarding the Use of Force Report- Kramer on Garcia- COR000645 | | | | |
| 7. | Deputy's Use of Force Report- Lopez on Garcia- COR000264 (Redacted) | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 8. | Deputy's Use of Force Report-Pearson on Garcia-COR000259 (Redacted) | | | | |
| 9. | Deputy's Use of Force Report-Steele on Garcia-COR000280A (Redacted) | | | | |
| 10. | Deputy's Use of Force Report-Steele on Garcia-COR000280C (Redacted) | | | | |
| 11. | Deputy's Use of Force Report-Maldonado on Garcia-COR000641 (Redacted) | | | | |
| 12. | Deputy's Use of Force Report-Supplemental-Maldonado on Garcia- COR000278 (Redacted) | | | | |
| 13. | Deputy's Training Record Report- Maldonado-COR000435 | | | | |
| 14. | Deputy's Use of Force Report-Varoni on Garcia-COR000626 (Redacted) | | | | |
| 15. | Deputy's Use of Force Report-Varoni on Garcia-COR000277 (Redacted) | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 16. | Deputy's Training Report- Varoni- COR000463 | | | | |
| 17. | Deputy's Use of Force Report- Miranda on Garcia- COR000644 (Redacted) | | | | |
| 18. | Deputy's Use of Force Report- Miranda on Garcia- COR000276 (Redacted) | | | | |
| 19. | Deputy's Use of Force Report- Miranda on Garcia- COR000626 (Redacted) | | | | |
| 20. | Deputy's Training Log report- Miranda- COR000439 | | | | |
| 21. | Deputy's Use of Force Report- Llanos on Garcia- COR000268 (Redacted) | | | | |
| 22. | Deputy's Use of Force Report- Tarango on Garcia- COR000259 (Redacted) | | | | |
| 23. | Deputy's Use of Force Report- Llanos on Garcia- COR000638 (Redacted) | | | | |
| 24. | Deputy's Use of Force Report- Tarango on Garcia- COR000259 (Redacted) | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 25. | Safety Cell/Specialty Housing Log-Tarango- COR000279 | | | | |
| 26. | Deputy's Use of Force Report-Cordero on Garcia- COR000266 (Redacted) | | | | |
| 27. | Deputy's Use of Force Report-Cordero on Garcia- COR000698 (Redacted) | | | | |
| 28. | Deputy's Training Report-Cordero- COR000410 | | | | |
| 29. | Deputy's Use of Force Report-Cordero on Garcia- COR000266 (Redacted) | | | | |
| 30. | Deputy Coroner Kathlene Cohen (AKA Katie Cohen) ID No: 4820 Investigation Report | | | | |
| 31. | Safety Cell Specialty Housing Log- Llanos- COR000279 | | | | |
| 32. | Email from Deputy Steele to Deputies- RE: Video- COR000279 | | | | |
| 33. | Rachel Baker- ID No: N4791Administrative Coroner Corporal- Coroner Supplemental Report | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 34. | Riverside County Sheriff's Department- Desert Regional Medical Center Report- Ok to Book- Final Report | | | | |
| 35. | Supplemental Incident Report- CD Garcia Dated 3/24/17- Redacted | | | | |
| 36. | Supplemental Incident Report- CD Nantes- Dated 3/24/17- (Redacted) | | | | |
| 37. | Critical Incident Log- File# RC17083002- Katie Cohen Attending Coroner- 3 Pages | | | | |
| 38. | Video of Extraction/Stinger Grenade | | | | |
| 39. | Video of Safety Cell | | | | |
| 40. | Video of Extraction (Hand-held) COR000370 | | | | |
| 41. | Video of Shackling in the Restraint Chair- (Hand-held) COR000371 | | | | |
| 42. | Video of Moving Garcia to the Safety Cell | | | | |
| 43. | Video of Pepper Ball Being Launched in the Cell | | | | |

4837-4633-6150.1

JOINT TRIAL EXHIBIT LIST

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 44. | Video of Sobering Cell when Garcia Climbs up- Video Freezes and Returns | | | | |
| 45. | Photo of Exterior of Door After Pepper Ball is Launched COR000356 | | | | |
| 46. | Photo of Deputies and Garcia COR000347 | | | | |
| 47. | Photo of Deputies and Garcia COR000348 | | | | |
| 48. | Photo of Deputies and Garcia COR000349 | | | | |
| 49. | Photo of Garcia with Spit Mask COR000350 | | | | |
| 50. | Photo of Deputies and Garcia COR000351 | | | | |
| 51. | Photo of Deputies and Garcia COR000352 | | | | |
| 52. | Photo of Garcia (injury) COR000354 | | | | |
| 53. | Photo of Hallway COR000355 | | | | |
| 54. | Photo of Cell Door w/Blood- Photo of Cell Log COR000356 | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 55. | Photo of Pepper Ball Discharge- COR000357 | | | | |
| 56. | Photo Blood on Cell Door COR000358 | | | | |
| 57. | Photo of Cell and Stinger Grenade Residue COR000359 | | | | |
| 58. | Photo of Cell Door and Blood on Door COR000360 | | | | |
| 59. | Photo of Blood In Cell and Shrapnel COR000363 | | | | |
| 60. | Photo of Cell- Blood and Shrapnel COR000364 | | | | |
| 61. | Photo of Cell, Shrapnel and Toilet COR000365 | | | | |
| 62. | Photo of Light Fixture with Blood – Missing Screw COR000366 | | | | |
| 63. | Photo of Light Fixture COR000367 | | | | |
| 64. | Still Image of Garcia with Hands up Prior to ERT Take Down Taken From Hand Held Video of the Extraction | | | | |
| 65. | Warning Label on ERC Chair- Subject to Protective Order- | | | | |

4837-4633-6150.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | COR000855 | | | | |
| 66. | Desert Regional Medical Center- Discharge Instructions | | | | |
| 67. | Desert Regional Medical Center Records | | | | |
| 68. | Riverside University Health Systems Medical Center Records | | | | |
| 69. | Decedent's Medical Billing Records: RUHS | | | | |
| 70. | Sobering Cell Log Dated 3-22-17 COR000249 | | | | |
| 71. | Safety Cell Sobering Log Dated 03/23/17 | | | | |
| 72. | Sobering Cell Log Indicating the Name of Michael Norman in Sobering Cell 1 at the Same Time Garcia was supposed to be in the Same Cell | | | | |
| 73. | Supplemental Incident Report Dated 3/24/17 of Correctional Deputy Kim | | | | |
| 74. | Supplemental Incident Report of 03/24/27 of Correctional Deputy Fischer | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 75. | Email from Sgt. Stephan Sharp to Kalani Fitzpatrick Dated 3/24/17 @ 3:50 am. Notification of In Custody Death and Summary of Incident Involving Garcia | | | | |
| 75. | Sobering Cell Log Sheet COR000279 showing date/time checks on decedent | | | | |
| 76. | Safety Cell Specialty Housing Log Continuation form; COR000280 Showing Inmate Activity, Comments | | | | |
| 77. | Video of Cell: COR000291 previously CPRA COR218 depicting contact with decedent | | | | |
| 78. | Screen Shot of Decedent Garcia sitting in the ERC Chair with time stamp relevant to the alleged checks on the Safety Cell Log upon the Decedent Garcia | | | | |
| 79. | Email from Ayala to Dasilva 3/23/17 re: explaining the | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | transition of the sobering cell to becoming a holding cell such that "we should be good and within policy" COR000666 | | | | |
| 80. | Email from Ayala to Dasilva with "timeline" prepared by Ayala attached.  Timeline says Garcia moved out of ERC into gurney on 3/23/17 at 1321. Ayala's Timeline admits that Decedent Garcia remained in the ERC chair for almost 7 hours and during that time, Tesillo called to ask if ROM could be done and Ayala denied it at 11:30. COR000661-663 | | | | |
| 81. | Inmate classification sheet – says he is displaying bizarre behavior- COR000245 | | | | |
| 82. | Cpl. Steele After Action Report (another variation)- COR000604-606 | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 83. | Photo of 24-Hour Video and Audio Recording in Progress COR000830 | | | | |
| 84. | Photo of Stun Shield COR000833 | | | | |
| 85. | Photo of ERT Gear COR000841 | | | | |
| 86. | Photo of ERT Gas Mask COR000844 | | | | |
| 87. | Photo of Stinger Grenade COR000845 | | | | |
| 88. | Photo of Pepper Ball Pellets COR000846 | | | | |
| 89. | Photo of Pepper Ball Hopper COR000847 | | | | |
| 90. | Photo of Pepper Ball Gun COR000848 | | | | |
| 91. | Photo of Pepper Ball Gun COR000849 | | | | |
| 92. | Photo of Arsenal COR000851 | | | | |
| 93. | Photo of Front of ERC Chair COR000852 | | | | |
| 94. | Photo of Back of ERC Chair COR000854 | | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 95. | Photo of ERC Chair Warning COR000855 | | | | |
| 96. | Photo of Spit Mask COR000858 | | | | |
| 97. | Riverside County Sheriff Department Policy and Procedure Manual | | | | |
| 98. | All Autopsy Photos | | | | |
| 99. | Photo of Garcia with Catheter on Garcia | | | | |
| 100. | POST Training Learning Domains | | | | |
| 101. | Use of Chemical Agents Guidelines- Field Operations Manual Section 404.11 Dated (February 2002) | | | | |
| 102. | Death Certificate | | | | |
| 103. | Amended Death Certificate | | | | |
| 104. | Loss of Wages Documents: Proof of Income | | | | |
| 105. | Family Photos of the decedent and family members | | | | |
| 106. | Timeline Exhibit Illustration Depicting the Jail Events | | | | |
| 107. | Timeline Exhibit Illustration | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-4633-6150.1

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Depicting the Injuries Sustained from the Initial Incident to the time of death | | | | |
| 108. | Riverside County Policy and Procedure: RE: Use of Pepper Ball Launcher | | | | |
| 109. | Riverside County Policy and Procedure: RE: Use of Stinger Grenade | | | | |
| 110. | Riverside County Policy and Procedure: RE: Use of Taser Gun | | | | |
| 111. | Riverside County Policy and Procedure: RE: Use of Emergency Restraint Chair (ERC) | | | | |
| 112. | Riverside County Policy and Procedure: RE: Use of Distraction Punches | | | | |
| 113. | Riverside County Policy and Procedure: RE: Use of Reasonable Force | | | | |
| 114. | Riverside County Policy and Procedure: RE: Use of Use of Necessary Force vs. Justified | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Force | | | | |
| 115. | US Code Title 15 | | | | |
| 116. | US Code Title 18 | | | | |
| 117. | US Code Title 24 | | | | |
| 118. | Cell Extraction Policy | | | | |
| 119. | TASER Download Data | | | | |
| 120. | TASER Procedures | | | | |
| 121. | Taser Procedures and Training Bulletin | | | | |
| 122. | In-Custody Training Materials | | | | |
| 123. | Diagram of Jail | | | | |
| 124. | Diagram of Sobering Cell | | | | |
| 125. | Diagram of Safety Cell | | | | |
| 126. | Stinger Grenade Procedures and Training Bulletin | | | | |
| 127. | Stinger Grenade Procedures | | | | |
| 128. | Stinger Grenade Downloaded Procedures and Use | | | | |
| 129. | Photographs of interior of Cell Post Extraction | | | | |
| 130. | Photographs of Blood on Cell Door | | | | |
| 131. | Training Records, Unit Orders and Policies re: Use of Force | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 132. | Medical Orders: Decedent Phillip Garcia | | | | |
| 133. | Cell Extraction Timeline | | | | |
| 134. | Supervisor's Use of Force Report | | | | |
| 135. | Photograph of Cell Interior | | | | |
| 136. | Photograph of Cell Interior- Still from Video | | | | |
| 137. | Photograph of Cell Interior | | | | |
| 138. | Photograph of Cell Interior Post Extraction- Shrapnel | | | | |
| 139. | Photograph of Cell Interior- Post Extraction- Blood in Cell | | | | |
| 140. | Photograph of Cell Interior- Video Still Release of Stinger Grenade | | | | |
| 141. | Photograph of Cell Interior- Video Still- Decedent with Hands Up Exiting the Cell | | | | |
| 142. | Video Clip of Cell Interior/Exterior- Decedent with Hands Up Walking towards the Cell Door | | | | |
| 143. | Video Clip of Cell Interior- Decedent with Several Officers | | | | |

4837-4633-6150.1

16

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | on Top of Him | | | | |
| 144. | Enhanced version of the extraction video exhibits and blow-ups of particular documents | | | | |
| 145. | Selected Admissions from Defendant Sgt. Ayala's Response to Plaintiff's Request for Admissions, Set One; and Supplemental Response | | | | |
| 146. | Selected Admissions from Defendant Steele's Response to Plaintiff's Request for Admissions, Set One; and Supplemental Response | | | | |
| 147. | Cell Extraction Training Doc. | | | | |
| 148. | Charts: Significant Force as a Percentage of Total Force; Significant Force – Inmate Has Visible Injury; Taser Events | | | | |
| 149. | Force Prevention Policy | | | | |
| 150. | Unreasonable Force Policy | | | | |
| 151. | Charts: Significant Force Events / Significant Force – Inmate Has Visible Injury | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 152. | Cell Extraction Chronology | | | | |
| 153. | Inmate Injury Reports | | | | |
| 154. | Desert Regional Medical Center- Radiology Report | | | | |
| 155. | Initial UOF Report by Dep. Figueroa #N5758, with taser reports, and photos by Dep. Llanos #N5230 (COR000251 – COR000258) | | | | |
| 156. | Email from Ayala to Leonardo Lopez 4/27/17.  Says Sgt. Clark did you a favor and tweaked your report. The report is a property damage report relating to Garcia swinging from the light fixture.  He says he viewed the video and saw Garcia "grabbed onto the light fixture with both hands and hung from it, swinging, until the light fixture detached from the cell's ceiling as depicted in Evidence item #2" (COR000618 - COR000620) | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 157. | Email from Lopez to Lopez dated 3/24/17 regarding Form A and Form C attachments (report re: destruction of jail property) COR000746 - COR000748 | | | | |
| 158. | Another variation of Pearson's UOF report – 2nd paragraph down says Garcia "began to run into the cell door head-first" COR000706 | | | | |
| 159. | Another variation of Pearson's UOF report COR000624 | | | | |
| 160. | Email from Ayala to Pearson dated 3/30/17 – says "Here is your UOF for Garcia…." COR000647 – COR000649 | | | | |
| 161. | Email from Lopez to Ayala 3/24/17 attaching UOF report.  Says "Attached is the updated from yesterday I saw some mistakes I made" COR000742-COR000743 | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Pltfs Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 162. | Email from Lopez to Figueroa dated 3/24/17 re: updated Lopez UOF report *changed from 2 paragraph UOF report to 4 paragraphs as his final report. COR000744-COR000745 | | | | |
| 163. | Another variation of Lopez's UOF report. COR000749-COR000750 | | | | |
| 164. | Email to Lopez from Lopez dated 3/24/17 with Form A and Form C attached.  Report attached says Garcia was "successfully removing the metal cover surrounding the light…" COR000738-COR000740 | | | | |
| 165. | Another UOF report by Lopez COR000733 | | | | |

///

///

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# DEFENDANT'S EXHIBITS

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1001 | Incident Report – Cathedral City Police Reports and Dispatch Records by Inv. Bishop #4078 (COR000081 – COR000108) | | | | |
| 1002 | Incident Report – Incorporation of RSO Dispatch Recordings and Log, and CCPD Dispatch Recordings by Inv. Bishop #4078 (COR000109 – COR000113) | | | | |
| 1003 | Incident Report – OK to Book and DRMC Records - Incorporation Report by Inv. Bishop #4078 (COR000114 – COR000131) | | | | |
| 1004 | Incident Report – Collection of Interior Camera Surveillance at LSCF by Inv. Harvey #1701 (COR000143 – COR000149) | | | | |
| 1005 | Incident Report – Response to Cathedral City Police Department for Information and Documentation by Inv. | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Harvey #1701 (COR000150 – COR000151) | | | | |
| 1006 | Incident Report – General Timeline Charts for 3/22/17 - 3/24/17 by Inv. Harvey (COR000152 – COR000159) | | | | |
| 1007 | Incident Report – Collection of Inmate Garcia's Booking Sheet and Classification Notes by Inv. Harvey (COR000160 – COR000161) | | | | |
| 1008 | Incident Report – Family Notification with Attorney DeSalva by Inv. Harvey (COR000164 – COR000171) | | | | |
| 1009 | Incident Report – Previous Crime Reports and Judicial Documentation by Inv. Harvey (COR000172 – COR000193) | | | | |
| 1010 | Coroner Review, Autopsy Protocol and Toxicology Reports (COR000208 – COR000235) | | | | |
| 1011 | Phillip Garcia's Booking file (COR000236 – COR000248) | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1012 | Sobering Cell Log (COR000249) | | | | |
| 1013 | Use of Force Memo by Sgt. Jose Ayala   (re Sobering Cell) (COR000250) | | | | |
| 1014 | Initial UOF Report by Dep. Figueroa #N5758, with taser reports, and photos by Dep. Llanos #N5230 (COR000251 – COR000258) | | | | |
| 1015 | Supplemental UOF Report by Dep. Pearson #N5316 (COR000259 – COR000263) | | | | |
| 1016 | Supplemental UOF Report by Dep. Lopez #N6380 (COR000264 – COR000265) | | | | |
| 1017 | Supplemental UOF Report by Dep. Cordero #N6040 (COR000266 – COR000267) | | | | |
| 1018 | Supplemental UOF Report by Dep. Llanos #N5230 (COR000268 – COR000269) | | | | |
| 1019 | Supplemental UOF Report by Dep. Hinson #N6248 (COR000270 – COR000271) | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1020 | Supplemental UOF Report by Dep. Caverley #N5644 (COR000272 – COR000273) | | | | |
| 1021 | Supplemental UOF Report by Dep. Kramer #N5708 (COR000274 ) | | | | |
| 1022 | Supplemental UOF Report by Dep. Rodarte-Lugo #N6247 (COR000275) | | | | |
| 1023 | Supplemental UOF Report by Dep. Miranda #5605 (COR000276) | | | | |
| 1024 | Supplemental UOF Report by Dep. Varoni #N6173 (COR000277) | | | | |
| 1025 | Supplemental UOF Report by Dep. Maldonado #N5696 (COR000278) | | | | |
| 1026 | Safety Cell Log, 3/23/17 (COR000279 – COR000280) | | | | |
| 1027 | Supplemental UOF Report by Dep. Steele #N5395 (COR000280A–COR000280B) | | | | |
| 1028 | ERT After Action Report by Dep. Steele #N5395 | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | (COR000280C–COR000280E) | | | | |
| 1029 | Supplemental UOF Report by Dep. Bergert #N5819 (COR000280F) | | | | |
| 1030 | Family Notification – Belt Audio Recording by Inv. Bishop   (COR000281) | | | | |
| 1031 | Family Notification – Belt Audio Recording by Inv. Harvey  (COR000282) | | | | |
| 1032 | Video from Intake Holding 0601-0629 (COR000283) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1033 | Video from Safety Cell 3 0601-0629 (COR000284) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1034 | Video from Sobering Cell 1 0601-0629   (COR000285) **CONFIDENTIAL –** | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | SUBJECT TO PROTECTIVE ORDER ECF DOC 50 | | | | |
| 1035 | Video from Intake Holding 0621-0628  (COR000286) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1036 | Video from Safety Cell 3 0621-0628  (COR000287) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1037 | Video from Sobering Cell 1 0621-0628  (COR000288) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1038 | Video from Intake Holding (COR000289) **CONFIDENTIAL – SUBJECT TO** | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | **PROTECTIVE ORDER** **ECF DOC 50** | | | | |
| 1039 | Video from Safety Cell 3 (COR000290) **CONFIDENTIAL –** **SUBJECT TO** **PROTECTIVE ORDER** **ECF DOC 50** | | | | |
| 1040 | Video from Safety Cell 3 (COR000291) **CONFIDENTIAL –** **SUBJECT TO** **PROTECTIVE ORDER** **ECF DOC 50** | | | | |
| 1041 | Video from Intake Holding (COR000292) **CONFIDENTIAL –** **SUBJECT TO** **PROTECTIVE ORDER** **ECF DOC 50** | | | | |
| 1042 | Video from North Intake Exterior Slider   (COR000293) **CONFIDENTIAL –** **SUBJECT TO** **PROTECTIVE ORDER** | | | | |

4837-4633-6150.1

27

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | ECF DOC 50 | | | | |
| 1043 | Video from North Intake Interior Slider   (COR000294) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1044 | Video from Sobering Cell 1 3/22/17 1238-1838 (COR000295) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1045 | Video from Sobering Cell 1 3/22/17 1838-2359 (COR000296) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1046 | Video from Sobering Cell 1 3/23/17 0000-0653 (COR000297) **CONFIDENTIAL –** | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | SUBJECT TO PROTECTIVE ORDER ECF DOC 50 | | | | |
| 1047 | Videos from RUHS/DCU Outside and Hallway (COR000298) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1048 | Video from RUHS/DCU Exam Room  3/23/17  2140 (COR000299) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1049 | Video from RUHS/DCU Exam Room  3/23/17  2218 (COR000300) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1050 | Video from RUHS/DCU Exam Room  3/23/17  2246 (COR000301) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1051 | Video from RUHS/DCU Exam Room  3/24/17  0216 (COR000302) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1052 | Video from RUHS/DCU Exam Room  3/24/17  0245 (COR000303) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1053 | Video from RUHS/DCU Exam Room  3/24/17  0302 (COR000304) **CONFIDENTIAL –** | | | | |

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

4837-4633-6150.1

JOINT TRIAL EXHIBIT LIST

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | **SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1054 | ERT Hand Held Video Footage from DCU (COR000305) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1055 | ERT Hand Held Video Footage from DCU (COR000306) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1056 | Cathedral City Police Department – 15 dispatch recordings   (COR000311) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1057 | Cathedral City Police Department Video (COR000314) | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50 | | | | |
| 1058 | Cathedral City Police Department Video (COR000315) CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50 | | | | |
| 1059 | Cathedral City Police Department Video (COR000316) CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50 | | | | |
| 1060 | Cathedral City Police Department Video (COR000317) CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50 | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1061 | Cathedral City Police Department Video (COR000318) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1062 | Cathedral City Police Department Video (COR000319) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1063 | Cathedral City Police Department Video (COR000320) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1064 | Cathedral City Police Department Video (COR000321) **CONFIDENTIAL –** | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | **SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1065 | Cathedral City Police Department Video (COR000322) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1066 | Cathedral City Police Department Video (COR000323) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1067 | Cathedral City Police Department Video (COR000324) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1068 | Cathedral City Police Department Video (COR000325) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1069 | Cathedral City Police Department - 911 Calls and Audio  (COR000326) | | | | |
| 1070 | Cathedral City Police Department - Audio and Recorded Statements from Dwight Walker, Part I (COR000327) | | | | |
| 1071 | Cathedral City Police Department - Audio and Recorded Statements from Dwight Walker, Part II (COR000328) | | | | |
| 1072 | Cathedral City Police Department - Audio and Recorded Statements from Mary Garcia   (COR000329) | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1073 | Transcript of Recorded Statement of Mary Garcia to Cathedral City Police Department  (COR000330 – COR000346) | | | | |
| 1074 | 23 still photographs of the SCF Sobering Cell, adjacent hallway, and range of motion events  (COR000347 – COR000369)<br>**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1075 | ERT Hand Held Video Footage from SCF Sobering Cell extraction (COR000370)<br>**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1076 | Hand Held Video Footage from SCF Safety Cell "range of motion" (COR000371)<br>**CONFIDENTIAL –** | | | | |

JOINT TRIAL EXHIBIT LIST

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | **SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1077 | Phillip Garcia's medical records from Detention Health Services (COR000532 – COR000602) | | | | |
| 1078 | Redacted photographs of the Smith Correctional Facility jail inspection (COR000776 – COR000860) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1079 | Intake Holding - Booking Video from LSCF, 3/22/17 (COR000861) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1080 | Intake North Interior Slider - Booking Video from LSCF, 3/22/17 (COR000862) | | | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-4633-6150.1

37

JOINT TRIAL EXHIBIT LIST

| Defts Ex. No. | Description | Stip to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | | |
| 1081 | Transcript of Recorded Booking Video from Intake North Interior Slider - LSCF, 3/22/17 (COR000904 – COR000911) | | | | |
| 1082 | Expert Report and attachments by Robert Fonzi | | | | |
| 1083 | Expert Report and attachments by Gary M. Vilke, M.D. | | | | |
| 1084 | Expert Report and attachments by Walter W. Strauser, M.D. | | | | |
| 1085 | Expert Report and attachments by Michael Gold, M.D. | | | | |
| 1086 | Spit Hood | | | | |

///

///

///

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-4633-6150.1

JOINT TRIAL EXHIBIT LIST

1   DATED: May 20, 2019

2

3

4

5

6

7

8

9   DATED: May 20, 2019

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS KHASHAN
KHASHAN LAW FIRM, APC


By: _____/s/_____
Lewis Khashan
Attorneys for Plaintiffs MARY H.
GARCIA, Individually, and as successor-
in-interest to ESTATE OF PHILLIP SOTO
GARCIA, JR. (Deceased), et al.


LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____/s/_____
Arthur K. Cunningham
Attorneys for Defendants SERGEANT
AYALA, DEPUTY FIGUEROA,
DEPUTY PEARSON, DEPUTY LOPEZ,
DEPUTY CORDERO, DEPUTY
LLANOS, DEPUTY HINSON, DEPUTY
CAVERLEY, DEPUTY RODARTE-
LUGO, DEPUTY MIRANDA, DEPUTY
VARONI, DEPUTY MALDONADO,
DEPUTY KRAMER, DEPUTY
TARANGO, DEPUTY STEELE,
DEPUTY BERGERT and DEPUTY
TESILLO

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-4633-6150.1

JOINT TRIAL EXHIBIT LIST

1

## FEDERAL COURT PROOF OF SERVICE

2

GARCIA, MARY v. COUNTY OF RIVERSIDE - Case No. 5:18-CV-839-SJO (AS)

3

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

4

5

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

6

7

On May 20, 2019, I served the following document(s): **JOINT TRIAL EXHIBIT LIST**

8

9

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

## SEE ATTACHED SERVICE LIST

10

11

The documents were served by the following means:

12

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

13

14

15

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

16

17

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

18

Executed on May 20, 2019, at San Bernardino, California.

19

20

21

_____
SHARON DENISE MOORE-DUNCAN

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-4633-6150.1

## SERVICE LIST

GARCIA, MARY v. COUNTY OF RIVERSIDE - Case No. 5:18-CV-839-SJO (AS)

Robert Trujillo, Esquire
Melody Trujillo, Esquire
TRUJILLO & TRUJILLO, APLC
41593 Winchester Road, Suite 201
Temecula, California  92590
951-296-9529
**Attorneys for Plaintiffs**
**MARY H. GARCIA, Individually and**
**as successor-in-interest to Estate of**
**Phillip Soto Garcia, Jr. (deceased);**
**ANGELO GARCIA, and PHILLIP J.**
**GARCIA**

Suzanne Skolnick, Esquire
2888 Loker Avenue East, Suite 110-F
Carlsbad, California  92010
760-405-4397
**Attorneys for Plaintiffs**
**MARY H. GARCIA, Individually and**
**as successor-in-interest to Estate of**
**Phillip Soto Garcia, Jr. (deceased);**
**ANGELO GARCIA, and PHILLIP J.**
**GARCIA**

Lewis Khashan, Esquire
38975 Sky Canyon Drive, Suite 201
Murrieta, California  92563
951-775-7279
**Attorneys for Plaintiffs**
**MARY H. GARCIA, Individually and**
**as successor-in-interest to Estate of**
**Phillip Soto Garcia, Jr. (deceased);**
**ANGELO GARCIA, and PHILLIP J.**
**GARCIA**

Christopher D. Lockwood, Esquire
ARIAS & LOCKWOOD
1881 S. Business Center Dr, Suite 9A
San Bernardino, California  92408
909-890-0125
909-890-0185 (facsimile)
**Co-Attorneys for Defendants**
**COUNTY OF RIVERSIDE. et al.**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-4633-6150.1

JOINT TRIAL EXHIBIT LIST