Arthur K. Cunningham, SBN 97506
    E-Mail: Arthur.Cunningham@LewisBrisbois.Com
LEWIS BRISBOIS BISGAARD & SMITH LLP
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: (909) 387-1130
Facsimile: (909) 387-1138

Christopher D. Lockwood, SBN 110853
    E-Mail: Christopher.Lockwood@AriasLockwood.com
ARIAS & LOCKWOOD
1881 S. Business Center Drive, Suite 9A
San Bernardino, CA 92408
Telephone: (909) 890-0125
Facsimile: (909) 890-0185

Attorneys for Defendants Sergeant Ayala, Deputy Figueroa, Deputy Pearson, Deputy Lopez, Deputy Cordero, Deputy Llanos, Deputy Hinson, Deputy Caverley, Deputy Rodarteo-Lugo, Deputy Miranda, Deputy Varoni, Deputy Maldonado, Deputy Kramer, Deputy Tarango, Deputy Steele, Deputy Bergert, Deputy Tesillo

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY H. GARCIA, individually and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. (Deceased); ANGELO GARCIA; and PHILLIP J. GARCIA, Plaintiff, vs. SERGEANT AYALA et al, Defendants. | CASE NO.:   5:18 CV 839 SJO (ASx) PRETRIAL EXHIBIT STIPULATION |

1

The parties submit this pretrial exhibit stipulation.

DATED:  June 5, 2019                SKOLNICK LAW GROUP


_____/s/_____
Suzanne Skolnick
Attorneys for Plaintiffs

DATED:  June 5, 2019                ARIAS & LOCKWOOD


_____/s/_____
Christopher D. Lockwood
Attorneys for defendants Defendants Sergeant
Ayala, Deputy Figueroa, Deputy Pearson, Deputy
Lopez, Deputy Cordero, Deputy Llanos, Deputy
Hinson, Deputy Caverley, Deputy Rodarteo-Lugo,
Deputy Miranda, Deputy Varoni, Deputy Tarango,
Deputy Steele, Deputy Bergert, Deputy Tesillo

**PLAINTIFFS' EXHIBITS**

| No | Description | If objections, state grounds | Response to objections |
|----|-------------|------------------------------|------------------------|
| 1 | Deputy Ayala email to Lt. Elwell Dated 4/28/17- COR000250 (Redacted) | Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception |
| 2 | Deputy's Use of Force Reports- Hinson on Garcia- COR000270-COROOO271 (Redacted) | | |
| 3 | Deputy's Use of Force Report- Caverley on Garcia- COR000272 (Redacted) | | |
| 4 | Deputy's Use of Force Report- Bergert on Garcia- COR000280F (Redacted) | | |
| 5 | Deputy's Use of Force Report- Kramer on Garcia- COR000274 (Redacted) | | |
| 6 | Deputy's Email from Ayala to Kramer Regarding the Use of Force Report- Kramer on Garcia- COR000645 | Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception |
| 7 | Deputy's Use of Force Report- Lopez on Garcia- COR000264 (Redacted) | | |
| 8 | Deputy's Use of Force Report- Pearson on Garcia- COR000259 | | |

| | | | |
|---|---|---|---|
| | | (Redacted) | | |
| 9 | Deputy's Use of Force Report- Steele on Garcia- COR000280A (Redacted) | | |
| 10 | Deputy's Use of Force Report- Steele on Garcia- COR000280C (Redacted) | | |
| 11 | Deputy's Use of Force Report- Maldonado on Garcia- COR000641 (Redacted) | | |
| 12 | Deputy's Use of Force Report- Supplemental-Maldonado on Garcia- COR000278 (Redacted) | | |
| 13 | Deputy's Training Record Report- Maldonado- COR000435 | | |
| 14 | Deputy's Use of Force Report- Varoni on Garcia- COR000626 (Redacted) | | |
| 15 | Deputy's Use of Force Report- Varoni on Garcia- COR000277 (Redacted) | | |
| 16 | Deputy's Training Report- Varoni-  COR000463 | | |
| 17 | Deputy's Use of Force Report- Miranda on Garcia- COR000644 (Redacted) | | |
| 18 | Deputy's Use of Force Report- | | |

| | | | | |
|---|---|---|---|---|
| | | Miranda on Garcia- COR000276 (Redacted) | | |
| | 19 | Deputy's Use of Force Report- Miranda on Garcia- COR000626 (Redacted) | | |
| | 20 | Deputy's Training Log report- Miranda- COR000439 | | |
| | 21 | Deputy's Use of Force Report- Llanos on Garcia- COR000268 (Redacted) | | |
| | 22 | Deputy's Use of Force Report- Tarango on Garcia- COR000259 (Redacted) | | |
| | 23 | Deputy's Use of Force Report- Llanos on Garcia- COR000638 (Redacted) | | |
| | 24 | Deputy's Use of Force Report- Tarango on Garcia- COR000259 (Redacted) | | |
| | 25 | Safety Cell/Specialty Housing Log-Tarango- COR000279 | | |
| | 26 | Deputy's Use of Force Report- Cordero on Garcia- COR000266 (Redacted) | | |
| | 27 | Deputy's Use of Force Report- Cordero on Garcia- COR000698 (Redacted) | | |

| 28 | Deputy's Training Report- Cordero- COR000410 | | |
|---|---|---|---|
| 29 | Deputy's Use of Force Report- Cordero on Garcia- COR000266 (Redacted) | | |
| 30 | Deputy Coroner Kathlene Cohen (AKA Katie Cohen) ID No: 4820 Investigation Report | Hearsay, FRE 802 | Admissible per FRE 803(6) / Business Record Exception |
| 31 | Safety Cell Specialty Housing Log- Llanos- COR000279 | | |
| 32 | Email from Deputy Steele to Deputies- RE: Video- COR000279 | Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception |
| 33 | Rachel Baker- ID No: N4791Administrative Coroner Corporal- Coroner Supplemental Report | Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception |
| 34 | Riverside County Sheriff's Department- Desert Regional Medical Center Report- Ok to Book- Final Report | | |
| 35 | Supplemental Incident Report- CD Garcia Dated 3/24/17- Redacted | | |
| 36 | Supplemental Incident Report- CD Nantes- Dated 3/24/17- (Redacted) | | |

| | | | |
|---|---|---|---|
| 37 | ~~Critical Incident Log- File# RC17083002- Katie Cohen Attending Coroner- 3 Pages~~ | | |
| 38 | Video of Extraction/Stinger Grenade | | |
| 39 | Video of Safety Cell | | |
| 40 | Video of Extraction (Hand-held) COR000370 | | |
| 41 | Video of Shackling in the Restraint Chair- (Hand-held) COR000371 | | |
| 42 | Video of Moving Garcia to the Safety Cell | | |
| 43 | Video of Pepper Ball Being Launched in the Cell | | |
| 44 | Photo of Exterior of Door After Pepper Ball is Launched COR000356 | | |
| 45 | Photo of Deputies and Garcia COR000347 | | |
| 46 | Photo of Deputies and Garcia COR000348 | | |
| 47 | Photo of Deputies and Garcia COR000349 | | |
| 48 | Photo of Garcia with Spit Mask COR000350 | | |
| 49 | Photo of Deputies and Garcia | | |

| | | | |
|---|---|---|---|
| | COR000351 | | |
| 50 | Photo of Deputies and Garcia COR000352 | | |
| 51 | Photo of Garcia (injury) COR000354 | | |
| 52 | Photo of Hallway COR000355 | | |
| 53 | Photo of Cell Door w/Blood- Photo of Cell Log COR000356 | | |
| 54 | Photo of Cell Door w/Blood- Photo of Cell Log COR000356 | | |
| 55 | Photo of Pepper Ball Discharge- COR000357 | | |
| 56 | Photo Blood on Cell Door COR000358 | | |
| 57 | Photo of Cell and Stinger Grenade Residue COR000359 | | |
| 58 | Photo of Cell Door and Blood on Door COR000360 | | |
| 59 | Photo of Blood In Cell and Shrapnel COR000363 | Objection to reference to "shrapnel" as argumentative. | "Shrapnel" is the proper term used to describe fragments of a bomb, shell, or other object thrown out by an explosion as in the Stinger Grenade used against the decedent. |
| 60 | Photo of Cell- Blood and | Objection to | "Shrapnel" is the proper |

| | | Shrapnel COR000364 | reference to õshrapnelö as argumentative. | term used to describe fragments of a bomb, shell, or other object thrown out by an explosion as in the Stinger Grenade used against the decedent. |
|---|---|---|---|---|
| | 61 | Photo of Cell, Shrapnel and Toilet COR000365 | Objection to reference to õshrapnelö as argumentative. | õShrapnelö is the proper term used to describe fragments of a bomb, shell, or other object thrown out by an explosion as in the Stinger Grenade used against the decedent. |
| | 62 | Photo of Light Fixture with Blood ó Missing Screw COR000366 | | |
| | 63 | Photo of Light Fixture COR000367 | | |
| | 64 | Still Image of Garcia with Hands up Prior to ERT Take Down Taken From Hand Held Video of the Extraction | Lack of foundation, not authenticated, FRE 602, 1003, 1004 | Photo is a still image clip from a video produced. The video of the extraction will be shown of which where the image was clipped from. The issue of |

| | | | whether the decedent had one hand or two hands up is a key issue in the matter for the jury to decide. |
|---|---|---|---|
| 65 | Warning Label on ERC Chair- Subject to Protective Order- CPR000855 | Irrelevant, FRE 402, 403, hearsay, no foundation | ERC Chair will be brought to trial which includes the Warning Label attached to it. |
| 66 | Desert Regional Medical Center- Discharge Instructions | | |
| 67 | Desert Regional Medical Records | | |
| 68 | Riverside University Health Systems Medical Center Records | | |
| 69 | Decedent's Medical Billing Records: RUHS **(redacting billing information/pages)** | Irrelevant, FRE 402, 403, lack of foundation, Plaintiffs paid no medical bills re decedent. | Medical witnesses will be able to testify as to the reasonableness of the medical billing within the records. Directly goes to the issue of damages. |
| 70 | Sobering Cell Log Dated   3-22- 17 COR000249 | | |
| 71 | Safety Cell Sobering Log Dated 03/23/17 | Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception |
| 72 | Sobering Cell Log Indicating the | Irrelevant, FRE | Admissible per FRE |

| | | Name of Michael Norman in Sobering Cell 1 at the Same Time Garcia was supposed to be in the Same Cell | 402, 403, description is argumentative | 803(6) / Business Record Exception |
|---|---|---|---|---|
| | 73 | Supplemental Incident Report Dated 3/24/17 of Correctional Deputy Kim | Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception |
| | 74 | Supplemental Incident Report of 03/24/27 of Correctional Deputy Fischer | Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception |
| | 75 (1) | Email from Sgt. Stephan Sharp to Kalani Fitzpatrick Dated 3/24/17 @ 3:50 am. Notification of In Custody Death and Summary of Incident Involving Garcia | Hearsay, Irrelevant, FRE 402, 403, 802 | Admissible per FRE 803(6) / Business Record Exception |
| | 75 (2) | Sobering Cell Log Sheet COR000279 showing date/time checks on decedent | | |
| | 76 | Safety Cell Specialty Housing Log Continuation form; COR000280 Showing Inmate Activity, Comments | | |
| | 77 | Video of Cell: COR000291 previously CPRA COR218 depicting contact with decedent | | |
| | 78 | Screen Shot of Decedent Garcia sitting in the ERC Chair with | Irrelevant, FRE 402, 403, 802, lack | Admissible under FRE 402, 403. Goes directly |

|  |  | time stamp relevant to the alleged checks on the Safety Cell Log upon the Decedent Garcia | of foundation, hearsay | to the issues of deliberate indifference |
|---|---|---|---|---|
|  | 79 | Email from Ayala to Dasilva 3/23/17 re: explaining the transition of the sobering cell to becoming a holding cell such that õwe should be good and within policyö COR000666 | Hearsay, Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception |
|  | 80 | Email from Ayala to Dasilva with õtimelineö prepared by Ayala attached. Timeline says Garcia moved out of ERC into gurney on 3/23/17 at 1321.<br>Ayalaøs Timeline admits that Decedent Garcia remained in the ERC chair for almost 7 hours and during that time, Tesillo called to ask if ROM could be done and Ayala denied it at 11:30.<br>COR000661-663 | Irrelevant, FRE 402, 403, 802, lack of foundation, hearsay; description is argumentative | Admissible per FRE 803(6) / Business Record Exception |
|  | 81 | Inmate classification sheet ó says he is displaying bizarre behavior- COR000245 | Irrelevant, FRE 402, 403; motion in limine number 3 | Admissible per FRE 402, 403. Relevant to show whether decendent was in fact showing bizarre behavior during the |

| | | | | |
|---|---|---|---|---|
| | | | | classification/intake process. |
| 82 | Cpl. Steele After Action Report (another variation)- COR000604-606 | | | |
| 83 | Photo of 24-Hour Video and Audio Recording in Progress COR000830 | Irrelevant, FRE 402, 403 | Admissible per FRE 402, 403: relevant to show that recordings likely and/or actually exist that were not produced by the defendants. Trier of fact should decide whether or not videos likely existed or not. |
| 84 | Photo of Stun Shield COR000833 | | | |
| 85 | Photo of ERT Gear COR000841 | | | |
| 86 | Photo of ERT Gas Mask COR000844 | | | |
| 87 | Photo of Stinger Grenade COR000845 | | | |
| 88 | Photo of Pepper Ball Pellets COR000846 | | | |
| 89 | Photo of Pepper Ball Hopper COR000847 | | | |
| 90 | Photo of Pepper Ball Gun COR000848 | Reference to õgunö is argumentative. | Pepper Ball Gun to be referenced as Pepper |

| | | | Ball ŏLauncherö |
|---|---|---|---|
| 91 | Photo of Pepper Ball Gun COR000849 | Reference to ŏgunö is argumentative. | Pepper Ball Gun to be referenced as Pepper Ball ŏLauncherö |
| 92 | Photo of Arsenal COR000851 | Reference to ŏarsenalö is argumentative; irrelevant, FRE 402, 403 | Photo COR000851 to be referenced to as ŏPhoto of Weaponsö |
| 93 | Photo of Front of ERC Chair COR000852 | | |
| 94 | Photo of Back of ERC Chair COR000854 | | |
| 95 | Photo of ERC Chair Warning COR000855 | Duplicate of 65; Irrelevant, FRE 402, 403, hearsay, no foundation | Same as 65 |
| 96 | Photo of Spit Mask COR000858 | | |
| 97 | Riverside County Sheriff Department Policy and Procedure Manual | Irrelevant, FRE 402, 403, motion in limine number 3, Referring to using these documents with experts or for impeachment is no actual limitation on their use. | To be referenced to during expert testimony or impeachment purposes. |

| 98 | All Autopsy Photos | Irrelevant, FRE 402, 403 | Photos are admissible per FRE 402, 403 during expert testimony to be interpreted and explained to the jury by testifying expert. |
|---|---|---|---|
| 99 | Photo of Garcia with Catheter on Garcia | Irrelevant, FRE 402, 403 | Admissible per FRE 402; relevant to show the ability to perform medical services on the decedent prior to his death. |
| 100 | POST Training Learning Domains | Irrelevant, FRE 402, 403, motion in limine number 1, Referring to using these documents with experts or for impeachment is no actual limitation on their use. | To be referenced to during expert testimony or impeachment purposes. |
| 101 | Use of Chemical Agents Guidelines- Field Operations Manual Section 404.11 Dated (February 2002) | Irrelevant, FRE 402, 403, Referring to using these documents with experts or for impeachment is no | To be referenced to during expert testimony or impeachment purposes. |

| | | actual limitation on their use. | |
|---|---|---|---|
| 102 | Death Certificate | Needs to be redacted to remove reference to homicide (see motion in limine number 3) | The Death Certificate is admissible as completed per FRE 803(9): Public Record of Vital Statistics. |
| 103 | Amended Death Certificate | Needs to be redacted to remove reference to homicide (see motion in limine number 3) | The Death Certificate is admissible as completed per FRE 803(9): Public Record of Vital Statistics. |
| 104 | Loss of Wages Documents: Proof of Income | Irrelevant, FRE 402, 403, plaintiffs waived any lost income claims in responses to written discovery | |
| 105 | Family Photos of the decedent and family members | FRE 403 | Admissible per FRE 402, Relevant to show the Jury who the decedent was as a human being. |
| 106 | Timeline Exhibit Illustration Depicting the Jail Events | FRE 403; if allowed should only | To be used as an illustration for the jury |

16

| | | be used for illustration rather than as a trial exhibit | during opening, closing, and testimony. |
|---|---|---|---|
| 107 | Timeline Exhibit Illustration Depicting the Injuries Sustained from the Initial Incident to the time of death | FRE 403;  incidents after transportation from jail are irrelevant; if allowed should only be used for illustration rather than as a trial exhibit | To be used as an illustration for the jury during opening, closing, and testimony. |
| ~~108~~ | ~~Riverside County Policy and Procedure: RE: Use of Pepper Ball Launcher~~ | ~~Irrelevant, FRE 402, 403~~ | |
| ~~109~~ | ~~Riverside County Policy and Procedure: RE: Use of Stinger Grenade~~ | ~~Irrelevant, FRE 402, 403~~ | |
| 110 | Riverside County Policy and Procedure: RE: Use of Taser Gun | Irrelevant, FRE 402, 403, Referring to using these documents with experts or for impeachment is no actual limitation on their use. | To be used and referred to during expert witness testimony and for impeachment purposes only. |

| 111 | Riverside County Policy and Procedure: RE: Use of Emergency Restraint Chair (ERC) | Irrelevant, FRE 402, 403, Referring to using these documents with experts or for impeachment is no actual limitation on their use. | To be used and referred to during expert witness testimony and for impeachment purposes only. |
|---|---|---|---|
| 112 | Riverside County Policy and Procedure: RE: Use of Distraction Punches | Irrelevant, FRE 402, 403, Referring to using these documents with experts or for impeachment is no actual limitation on their use. | To be used and referred to during expert witness testimony and for impeachment purposes only. |
| 113 | Riverside County Policy and Procedure: RE: Use of Reasonable Force | Irrelevant, FRE 402, 403, Referring to using these documents with experts or for impeachment is no actual limitation on their use. | To be used and referred to during expert witness testimony and for impeachment purposes only. |
| 114 | Riverside County Policy and Procedure: RE: Use of Use of Necessary Force vs. Justified | Irrelevant, FRE 402, 403, Referring to using these | To be used and referred to during expert witness testimony and for |

| | | | | |
|---|---|---|---|---|
| | | Force | documents with experts or for impeachment is no actual limitation on their use. | impeachment purposes only. |
| | ~~115~~ | ~~US Code Title 15~~ | | |
| | ~~116~~ | ~~US Code Title 18~~ | | |
| | ~~117~~ | ~~US Code Title 24~~ | | |
| | 118 | Cell Extraction Policy | Irrelevant, FRE 402, 403, Referring to using these documents with experts or for impeachment is no actual limitation on their use. | To be used and referred to during expert witness testimony and for impeachment purposes only. |
| | 119 | TASER Download Data | | |
| | 120 | TASER Procedures | Irrelevant, FRE 402, 403; lack of foundation and authentication; hearsay, FRE 602; if offered as expert testimony, FRCP 26, Referring to using these documents with | To be used and referred to during expert witness testimony and for impeachment purposes only. |

| | | | |
|---|---|---|---|
| | | experts or for impeachment is no actual limitation on their use. | |
| ~~121~~ | ~~Taser Procedures and Training Bulletin~~ | | |
| 122 | In-Custody Training Materials | Irrelevant, FRE 402, 403; lack of foundation and authentication; hearsay, FRE 602; if offered as expert testimony, FRCP 26, Referring to using these documents with experts or for impeachment is no actual limitation on their use. | To be used and referred to during expert witness testimony and for impeachment purposes only. |
| 123 | Diagram of Jail | | |
| 124 | Diagram of Sobering Cell | | |
| 125 | Diagram of Safety Cell | | |
| 126 | Stinger Grenade Procedures and Training Bulletin | Irrelevant, FRE 402, 403; lack of foundation and authentication; | To be used and referred to during expert witness testimony and for impeachment purposes |

| | | hearsay, FRE 602; if offered as expert testimony, FRCP 26, Referring to using these documents with experts or for impeachment is no actual limitation on their use. | only. |
|---|---|---|---|
| ~~127~~ | ~~Stinger Grenade Procedures~~ | | |
| ~~128~~ | ~~Stinger Grenade Downloaded Procedures   and Use~~ | | |
| 129 | Photographs of interior of Cell Post Extraction | | |
| 130 | Photographs of Blood on Cell Door | | |
| ~~131~~ | ~~Training Records, Unit Orders and~~ ~~Policies re: Use of Force~~ | | |
| 132 | Medical Orders: Decedent Phillip Garcia | | |
| 133 | Cell Extraction Timeline | FRE 403; if allowed should only be used for illustration rather than a trial exhibit | To be used and referred to during expert witness testimony, illustration, and for impeachment purposes only. |

| 134 | ~~Supervisor¢s Use of Force Report~~ | | |
|------|------|------|------|
| 135 | Photograph of Cell Interior | Insufficiently identified. WHICH PHOTO ? | Produced per the CPRA |
| ~~136~~ | ~~Photograph of Cell Interior- Still from Video~~ | | |
| ~~137~~ | ~~Photograph of Cell Interior~~ | | |
| 138 | Photograph of Cell Interior Post Extraction- Shrapnel | Insufficiently identified. WHICH PHOTO ? | Produced per the CPRA |
| 139 | Photograph of Cell Interior- Post Extraction- Blood in Cell | Insufficiently identified. WHICH PHOTO ? | Produced per the CPRA |
| 140 | Photograph of Cell Interior- Video Still Release of Stinger Grenade | Insufficiently identified. WHICH PHOTO ? | Produced per the CPRA |
| 141 | Photograph of Cell Interior- Video Still- Decedent with Hands Up Exiting the Cell | Insufficiently identified; inaccurately and argumentatively describes decedent¢s actions WHICH PHOTO / TIME STAMP? | COR370 |
| 142 | Video Clip of Cell Interior/Exterior- Decedent with Hands Up Walking towards the | Insufficiently identified; inaccurately and | COR370 |

| | | Cell Door | argumentatively describes decedent's actions WHICH TIME STAMP? | |
|---|---|---|---|---|
| | 143 | Video Clip of Cell Interior-Decedent with Several Officers on Top of Him | Insufficiently identified; inaccurately and argumentatively describes decedent's actions WHICH TIME STAMP? | COR370 |
| | 144 | Enhanced version of the extraction video exhibits and blow-ups of particular documents | Insufficiently identified; never provided to defense for review; no foundation. | To be used during opening, closing, and expert witness testimony for illustrative purposes. |
| | 145 | Selected Admissions from Defendant Sgt. Ayala's Response to Plaintiff's Request for Admissions, Set One; and Supplemental Response | Irrelevant, FRE 402, 403 | Admissible per FRE 402, 403, 803; relevant to show  prior testimony. |
| | 146 | Selected Admissions from Defendant Steele's Response to Plaintiff's Request for Admissions, Set One; and | Irrelevant, FRE 402, 403 | Admissible per FRE 402, 403, 803; relevant to show  prior testimony. |

| | | Supplemental Response | | |
|---|---|---|---|---|
| | ~~147~~ | ~~Cell Extraction Training Doc~~ | | |
| | ~~148~~ | ~~Charts: Significant Force as a Percentage of Total Force; Significant Force – Inmate Has Visible Injury; Taser Events~~ | | |
| | 149 | Force Prevention Policy | Irrelevant, FRE 402, 403; lack of foundation and authentication; hearsay, FRE 602; if offered as expert testimony, FRCP 26, Referring to using these documents with experts or for impeachment is no actual limitation on their use. | To be used and referred to during expert witness testimony, illustration, and for impeachment purposes only. |
| | 150 | Unreasonable Force Policy | Irrelevant, FRE 402, 403; lack of foundation and authentication; hearsay, FRE 602; if offered as expert testimony, FRCP | To be used and referred to during expert witness testimony, illustration, and for impeachment purposes only. |

| | | | |
|---|---|---|---|
| | | 26, Referring to using these documents with experts or for impeachment is no actual limitation on their use. | |
| 151 | Charts: Significant Force Events / Significant Force ó Inmate Has Visible Injury | Irrelevant, FRE 402, 403; lack of foundation and authentication; hearsay, FRE 602; if offered as expert testimony, FRCP 26 -- if allowed should only be used for illustration rather than a trial exhibit | To be used and referred to during expert witness testimony, illustration, and for impeachment purposes only. |
| ~~152~~ | ~~Cell Extraction Chronology~~ | | |
| ~~153~~ | ~~Inmate Injury Reports~~ | | |
| 154 | Desert Regional Medical Center-Radiology Report | | |
| 155 | Initial UOF Report by Dep. Figueroa #N5758, with taser reports, and photos by Dep. Llanos #N5230 (COR000251 ó | | |

| | | | |
|---|---|---|---|
| | COR000258) | | |
| 156 | Email from Ayala to Leonardo Lopez 4/27/17. Says Sgt. Clark did you a favor and tweaked your report.<br>The report is a property damage report relating to Garcia swinging from the light fixture. He says he viewed the video and saw Garcia õgrabbed onto the light fixture with both hands and hung from it, swinging, until the light fixture detached from the celløs ceiling as depicted in Evidence item #2ö COR000618 -COR000620 | Irrelevant, FRE 402, 403, hearsay | Admissible per FRE 803(6) / Business Record Exception |
| 157 | Email from Lopez to Lopez dated 3/24/17 regarding Form A and Form C attachments (report re: destruction of jail property) COR000746-748 | Irrelevant, FRE 402, 403, hearsay | Admissible per FRE 803(6) / Business Record Exception |
| 158 | Another variation of Pearsonøs UOF report ó 2nd paragraph down says Garcia õbegan to run into the cell door head-firstö COR000706 | Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception; FRE 402, 403; relevant to show inaccurate prior testimony/impeachment. |
| 159 | Another variation of Pearsonøs | Irrelevant, FRE | Admissible per FRE |

|  |  | UOF report<br>COR000624 | 402, 403 | 803(6) / Business Record Exception; FRE 402, 403; relevant to show inaccurate prior testimony/impeachment. |
|---|---|---|---|---|
|  | 160 | Email from Ayala to Pearson dated 3/30/17 – says "Here is your UOF for Garcia". COR000647 - 649 | Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception. |
|  | 161 | Email from Lopez to Ayala 3/24/17 attaching UOF report. Says "Attached is the updated from yesterday I saw some mistakes I made" COR000742-743 | Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception. |
|  | 162 | Email from Lopez to Figueroa dated 3/24/17 re: updated Lopez UOF report<br>*changed from 2 paragraph UOF report to 4 paragraphs as his final report. COR000744-745 | Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception. |
|  | 163 | Another variation of Lopez UOF report. COR000749-750 | Irrelevant, FRE 402, 403 |  |
|  | 164 | Email to Lopez from Lopez dated 3/24/17 with Form A and Form C attached.  Report attached says Garcia was "successfully | Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception. |

| | | | |
|---|---|---|---|
| | removing the metal cover surrounding the lightí   ö COR000738-740 | | |
| 165 | Another UOF report by Lopez. COR000733 | Irrelevant, FRE 402, 403 | Admissible per FRE 803(6) / Business Record Exception; FRE 402, 403; relevant to show inaccurate prior testimony/impeachment. |

**Defendants' exhibits**

| | | | |
|---|---|---|---|
| 1001 | Incident Report ó Cathedral City Police Reports and Dispatch Records by Inv. Bishop #4078 (COR000081 ó COR000108) | Irrelevant, FRE 402, 403, 802. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues |
| 1002 | Incident Report ó Incorporation of RSO Dispatch Recordings and Log, and CCPD Dispatch Recordings by Inv. Bishop #4078 (COR000109 ó COR000113) | Irrelevant, FRE 402, 403, 802. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues |

| | | | |
|---|---|---|---|
| 1003 | Incident Report ó OK to Book and DRMC Records - Incorporation Report by Inv. Bishop #4078 (COR000114 ó COR000131) | Irrelevant, FRE 402, 403, 802. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues |
| 1004 | Incident Report ó Collection of Interior Camera Surveillance at LSCF by Inv. Harvey #1701 (COR000143 ó COR000149) | | |
| 1005 | Incident Report ó Response to Cathedral City Police Department for Information and Documentation by Inv. Harvey #1701 (COR000150 ó COR000151) | Irrelevant, FRE 402, 403, 802. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues |
| 1006 | Incident Report ó General Timeline Charts for 3/22/17 - 3/24/17 by Inv. Harvey #1701 (COR000152 ó COR000159) | Irrelevant, FRE 402, 403, 802; illustration purposes only. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the |

| | | | | offset issues |
|---|---|---|---|---|
| 1007 | Incident Report – Collection of Inmate Garcia's Booking Sheet and Classification Notes by Inv. Harvey #1701 (COR000160 – COR000161) | | | |
| 1008 | Incident Report – Family Notification with Attorney DeSalva by Inv. Harvey #1701 (COR000164 – COR000171) | | | |
| 1009 | Incident Report – Previous Crime Reports and Judicial Documentation by Inv. Harvey #1701 (COR000172 – COR000193) | Irrelevant, FRE 402, 403, 802. | | Relevant to damages |
| 1010 | Coroner Review, Autopsy Protocol and Toxicology Reports (COR000208 – COR000235) | | | |
| 1011 | Phillip Garcia's Booking file (COR000236 – COR000248) | Irrelevant, FRE 402, 403, 802, Authentication, foundation. | | Relevant to show the events which led up to the time in custody,relevant to damages, will be authenticated by defense witnesses if |

| | | | necessary |
|---|---|---|---|
| 1012 | Sobering Cell Log (COR000249) | | |
| 1013 | Use of Force Memo by Sgt. Jose Ayala #3806 (re Sobering Cell) (COR000250) | | |
| 1014 | Initial UOF Report by Dep. Figueroa #N5758, with taser reports, and photos by Dep. Llanos #N5230 (COR000251 ó COR000258) | | |
| 1015 | Supplemental UOF Report by Dep. Pearson #N5316 (COR000259 ó COR000263) | | |
| 1016 | Supplemental UOF Report by Dep. Lopez #N6380 (COR000264 ó COR000265) | | |
| 1017 | Supplemental UOF Report by Dep. Cordero #N6040 (COR000266 ó COR000267) | | |
| 1018 | Supplemental UOF Report by Dep. Llanos #N5230 (COR000268 ó COR000269) | | |
| 1019 | Supplemental UOF Report by Dep. Hinson #N6248 (COR000270 ó COR000271) | | |
| 1020 | Supplemental UOF Report by Dep. Caverley #N5644 | | |

| | | | |
|---|---|---|---|
| | | (COR000272 ó COR000273) | | |
| 1021 | Supplemental UOF Report by Dep. Kramer #N5708 (COR000274 ) | | |
| 1022 | Supplemental UOF Report by Dep. Rodarte-Lugo #N6247 (COR000275) | | |
| 1023 | Supplemental UOF Report by Dep. Miranda #5605 (COR000276) | | |
| 1024 | Supplemental UOF Report by Dep. Varoni #N6173 (COR000277) | | |
| 1025 | Supplemental UOF Report by Dep. Maldonado #N5696 (COR000278) | | |
| 1026 | Safety Cell Log, 3/23/17 (COR000279 ó COR000280) | | |
| 1027 | Supplemental UOF Report by Dep. Steele #N5395 (COR000280Aó COR000280B) | | |
| 1028 | ERT After Action Report by Dep. Steele #N5395    (COR000280Có COR000280E) | | |
| 1029 | Supplemental UOF Report by Dep. Bergert #N5819 (COR000280F) | | |

| | | | |
|---|---|---|---|
| 1030 | Family Notification ó Belt Audio Recording by Inv. Bishop (COR000281) | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to damages, will be authenticated by defense witnesses if necessary |
| 1031 | Family Notification ó Belt Audio Recording by Inv. Harvey (COR000282) | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to damages, will be authenticated by defense witnesses if necessary |
| 1032 | Video from Intake Holding 0601-0629 (COR000283) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| 1033 | Video from Safety Cell 3 0601-0629 (COR000284) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| 1034 | Video from Sobering Cell 1 0601-0629 (COR000285) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |

| | | | | |
|---|---|---|---|---|
| 1035 | Video from Intake Holding 0621-0628  (COR000286) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | |
| 1036 | Video from Safety Cell 3 0621-0628  (COR000287) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | |
| 1037 | Video from Sobering Cell 1 0621-0628  (COR000288) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | |
| 1038 | Video from Intake Holding (COR000289) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | |
| 1039 | Video from Safety Cell 3 (COR000290) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | |
| 1040 | Video from Safety Cell 3 (COR000291) | | | |

| | | | |
|---|---|---|---|
| | **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| 1041 | Video from Intake Holding (COR000292) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| 1042 | Video from North Intake Exterior Slider   (COR000293) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| 1043 | Video from North Intake Interior Slider   (COR000294) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| 1044 | Video from Sobering Cell 1 3/22/17 1238-1838 (COR000295) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| 1045 | Video from Sobering Cell 1 3/22/17 1838-2359 (COR000296) **CONFIDENTIAL – SUBJECT** | | |

| | | | |
|---|---|---|---|
| | **TO PROTECTIVE ORDER**<br>**ECF DOC 50** | | |
| 1046 | Video from Sobering Cell 1<br>3/23/17 0000-0653<br>(COR000297)<br>**CONFIDENTIAL – SUBJECT**<br>**TO PROTECTIVE ORDER**<br>**ECF DOC 50** | | |
| 1047 | Videos from RUHS/DCU Outside<br>and Hallway   (COR000298)<br>**CONFIDENTIAL – SUBJECT**<br>**TO PROTECTIVE ORDER**<br>**ECF DOC 50** | | |
| 1048 | Video from RUHS/DCU Exam<br>Room  3/23/17  2140<br>(COR000299)<br>**CONFIDENTIAL – SUBJECT**<br>**TO PROTECTIVE ORDER**<br>**ECF DOC 50** | | |
| 1049 | Video from RUHS/DCU Exam<br>Room  3/23/17  2218<br>(COR000300)<br>**CONFIDENTIAL – SUBJECT**<br>**TO PROTECTIVE ORDER**<br>**ECF DOC 50** | | |
| 1050 | Video from RUHS/DCU Exam<br>Room  3/23/17  2246 | | |

| | | | | |
|---|---|---|---|---|
| | | (COR000301)<br>**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| | 1051 | Video from RUHS/DCU Exam Room  3/24/17  0216 (COR000302)<br>**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| | 1052 | Video from RUHS/DCU Exam Room  3/24/17  0245 (COR000303)<br>**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| | 1053 | Video from RUHS/DCU Exam Room  3/24/17  0302 (COR000304)<br>**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| | 1054 | ERT Hand Held Video Footage from DCU (COR000305)<br>**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |

| | | | | |
|---|---|---|---|---|
| 1055 | ERT Hand Held Video Footage from DCU (COR000306) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | | |
| 1056 | Cathedral City Police Department ó 15 dispatch recordings (COR000311) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary | |
| 1057 | Cathedral City Police Department Video  (COR000314) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary | |

| 1058 | Cathedral City Police Department Video  (COR000315) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary |
|---|---|---|---|
| 1059 | Cathedral City Police Department Video  (COR000316) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary |
| 1060 | Cathedral City Police Department Video  (COR000317) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to |

| | | | |
|---|---|---|---|
| | | | damages, and relevant to the offset issues, will be authenticated by a City witness if necessary |
| 1061 | Cathedral City Police Department Video  (COR000318) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary |
| 1062 | Cathedral City Police Department Video  (COR000319) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness |

| | | | |
|---|---|---|---|
| | | | if necessary |
| 1063 | Cathedral City Police Department Video  (COR000320) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary |
| 1064 | Cathedral City Police Department Video  (COR000321) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary |
| 1065 | Cathedral City Police Department Video  (COR000322) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER** | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, |

| | | | |
|---|---|---|---|
| | **ECF DOC 50** | | relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary |
| 1066 | Cathedral City Police Department Video  (COR000323) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary |
| 1067 | Cathedral City Police Department Video  (COR000324) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated |

| | | | |
|---|---|---|---|
| | | | by a City witness if necessary |
| 1068 | Cathedral City Police Department Video  (COR000325) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary |
| 1069 | Cathedral City Police Department - 911 Calls and Audio (COR000326) | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary |
| 1070 | Cathedral City Police Department - Audio and Recorded Statements from Dwight Walker, Part I | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time |

| | | | |
|---|---|---|---|
| | (COR000327) | | in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary |
| 1071 | Cathedral City Police Department - Audio and Recorded Statements from Dwight Walker, Part II (COR000328) | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary |
| 1072 | Cathedral City Police Department - Audio and Recorded Statements from Mary Garcia (COR000329) | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will |

| | | | |
|---|---|---|---|
| | | | be authenticated by a City witness if necessary |
| 1073 | Transcript of Recorded Statement of Mary Garcia to Cathedral City Police Department (COR000330 ó COR000346) | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to show the events which led up to the time in custody, relevant to damages, and relevant to the offset issues, will be authenticated by a City witness if necessary |
| 1074 | 23 still photographs of the SCF Sobering Cell, adjacent hallway, and range of motion events (COR000347 ó COR000369) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| 1075 | ERT Hand Held Video Footage from SCF Sobering Cell extraction (COR000370) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |

| 1076 | Hand Held Video Footage from SCF Safety Cell õrange of motionö (COR000371) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
|---|---|---|---|
| 1077 | Phillip Garciaøs medical records from Detention Health Services (COR000532 ó COR000602) | Irrelevant, FRE 402, 403, 802. Lacks foundation/authentication. | Relevant to liability and damages, will be authenticated by a County witness if necessary. |
| 1078 | Redacted photographs of the Smith Correctional Facility jail inspection (COR000776 ó COR000860) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| 1079 | Intake Holding - Booking Video from LSCF, 3/22/17 (COR000861) **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** | | |
| 1080 | Intake North Interior Slider - Booking Video from LSCF, | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 3/22/17 (COR000862)<br>**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER ECF DOC 50** |  |  |
|  | 1081 | Transcript of Recorded Booking Video from Intake North Interior Slider - LSCF, 3/22/17 (COR000904 ó COR000911) | Lacks foundation/authentication; Hearsay; Produced after discovery cut-off. FRE 403. | The transcript will be authenticated if necessary. The video was produced well before the discovery cutoff. |
|  | 1082 | Expert Report and attachments by Robert Fonzi |  |  |
|  | 1083 | Expert Report and attachments by Gary M. Vilke, M.D. |  |  |
|  | 1084 | Expert Report and attachments by Walter W. Strauser, M.D. |  |  |
|  | 1085 | Expert Report and attachments by Michael Gold, M.D. |  |  |
|  | 1086 | Spit Hood | Irrelevant, FRE 402, 402, lacks foundation, authentication. | Directly relevant to plaintiffsø liability contentions, County witnesses will provide a foundation if |

| | | | | |
|---|---|---|---|---|
| 1 | | | | necessary |
| 2 | 1087 | Riverside County Sheriff's Department – Ben Clark Public Safety Training Center - Arrest & Control /Use of Force Manual, Chapter 16: Pressure Points (COR000912 – COR000917) | Irrelevant, FRE 402, 403, 802, hearsay, lacks foundation, authentication. | Relevant to plaintiffs' liability contentions, County witnesses will provide a foundation if necessary |
| 10 | 1088 | Additional documents from Coroner's Bureau, attached to Coroner's Packet with handwritten notes, with declaration from custodian (goes with trial ex 1010, bates stamp COR000208 – COR000235) (COR000918 – COR000954) (references to homicide need to be redacted) | Irrelevant FRE 402, 403, 802, hearsay, lacks foundation and authentication. | Relevant to plaintiffs' liability contentions, authenticated by custodian of records, County witnesses will provide a foundation if necessary |

48