Arthur K. Cunningham, SBN 97506
Arthur.Cunningham@LewisBrisbois.Com
James C. Packer, SBN 77675
James.Packer@LewisBrisbois.Com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
(909) 387-1130 - Phone
(909) 387-1138 - Fax

Christopher D. Lockwood, SBN 110853
christopher.lockwood@AriasLockwood.com
**Arias & Lockwood, Attorneys at Law**
1881 S. Business Center Drive, Suite 9A
San Bernardino, California 92408
(909) 890-0125 - Phone
(909) 890-0185 - Fax

Attorneys for Defendants Sergeant Ayala, Deputy Figueroa, Deputy Pearson, Deputy Lopez, Deputy Cordero, Deputy Llanos, Deputy Hinson, Deputy Caverley, Deputy Rodarteo-Lugo, Deputy Miranda, Deputy Varoni, Deputy Maldonado, Deputy Kramer, Deputy Tarango, Deputy Steele, Deputy Bergert, Deputy Tesillo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY H. GARCIA, individually and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. (Deceased); ANGELO GARCIA; and PHILLIP J. GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, et al,<br><br>Defendants. | CASE NO.: 5:18 CV 839 SJO (ASx)<br><br>JOINT STATEMENT OF THE CASE |

1

1       The parties have agreed to the attached statement of the case.

2   DATED: June 5, 2019         ARIAS & LOCKWOOD

3

4                                         /s/
                          Christopher D. Lockwood

5                           Attorneys for defendants Sergeant Ayala, Deputy Figueroa, Deputy Pearson, Deputy

6                           Lopez, Deputy Cordero, Deputy Llanos, Deputy Hinson, Deputy Caverley, Deputy

7                           Rodarteo-Lugo, Deputy Miranda, Deputy Varoni, Deputy Maldonado, Deputy Kramer,

8                           Deputy Tarango, Deputy Steele, Deputy Bergert, Deputy Tesillo

      Phillip Soto Garcia, Jr., 51 years old, was arrested by Cathedral City Police Department on March 22, 2017. Because the officers used force during his arrest, Mr. Garcia was taken by a Cathedral City officer to Desert Regional Medical Center for a medical exam, received a CAT scan, and was okayed to be booked into jail. After booking at Larry Smith Correctional Facility, a Riverside County Jail, at about 12:40 p.m. on March 22, 2017, Mr. Garcia was placed in a sobering cell. The next morning, at approximately 6:30 a.m. on March 23, 2017, he was extracted from that cell and placed in a restraint chair by members of the jail's Emergency Response Team. There were uses of force during the cell extraction process. Approximately 3 hours after that, he was sent by LSCF Mental Health staff to Riverside University Health Services - which is a County hospital - on a psychiatric hold.

      At the hospital, he was first seen in the Emergency Department, and then admitted to the hospital's Detention Care Unit. He became unresponsive and lifesaving efforts was initiated but proved unsuccessful; Mr. Garcia died at 3:06 a.m. on March 24, 2017.

      Mr. Garcia's wife, Mary Garcia, and two adult sons, Phillip J. and Angelo Garcia, are the plaintiffs bringing this lawsuit, seeking damages.

     There are (15) defendants:

1. Sergeant Jose Ayala
2. Deputy Scott Bergert
3. Deputy Kevin Caverley
4. Deputy Isaiah Cordero
5. Deputy Robert Figueroa
6. Deputy Nigel Hinson
7. Deputy Leo Llanos
8. Deputy Leonardo Lopez
9. Deputy Lorena Miranda

    10.   Deputy Andrew Pearson

    11.   Deputy Izaac Rodarte-Lugo

    12.   Deputy James Steele

    13.   Deputy Thomas Tarango

    14.   Deputy Stefano Varoni

    15.   Deputy Carlos Tesillo-Nunez

    The plaintiffs make a claim on behalf of Mr. Garcia's estate contending that excessive force was used on Mr. Garcia, and that Defendants were deliberately indifferent to Mr. Garcia's medical and mental health needs which caused his death. Plaintiffs also assert separate claims that such conduct interfered with their familial relationship with Mr. Garcia.

    All of the defendants deny that any of them used unreasonable force, deny that any force that was used caused Mr. Garcia's death, deny that they were indifferent to Mr. Garcia's medical and mental health needs, and deny that their actions caused Mr. Garcia's death.