UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 18-00839 SJO (ASx) | Date | June 10, 2019 |
|---|---|---|---|
| Title | Mary H. Garcia et al v. County of Riverside et al | | |

| Present: The Honorable | S. James Otero, Judge presiding |
|---|---|

| Victor Cruz | Sherri Kleeger | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lewis George Khashan<br>Robert A. Trujillo<br>Suzanne Catherine Skolnick | James C. Packer<br>Arthur Kenneth Cunningham |

**Proceedings:**     **PRETRIAL CONFERENCE**

The Court advises the parties that each side will have ten hours to try their respective case.

The Court reviews the pretrial documents.

The Court grants plaintiff's request to continue trial to Tuesday, June 25, 2019 @ 9:00 a.m.

|  | : | 0/18 |
|---|---|---|
| | Initials of Preparer | vpc |