TRUJILLO & TRUJILLO, APLC
Robert Trujillo, Esq. (CA SBN 148975)
Melody Trujillo, Esq. (CA SBN 165218)
41593 Winchester Road, Suite 201
Temecula, CA 92590
Tel: 951-296-9529
Email: trulaw@trujillo-law.us

Suzanne Skolnick, Esq. (CA SBN 211076)
2888 Loker Avenue East, Suite 110-F
Carlsbad, CA 92010
Tel: 760-405-4397
Email: suzanne@skolnicklawgroup.com

Lewis Khashan, Esq. (CA SBN 275906)
KHASHAN LAW FIRM
38975 Sky Canyon Drive, Suite 201
Murrieta, CA 9253
Tel: (951) 775-7279
Email:lewis@khashanlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY H. GARCIA, individually and as successor-in-interest to Estate of Phillip Soto Garcia, Jr., (Deceased), et al,<br><br>v.<br><br>SERGEANT AYALA, et al, | CASE NO.: 5:18 CV 839 SJO (ASx)<br><br>PLAINTIFFS' LIST OF PROPER NAMES; UNUSUAL OR SCIENTIFIC TERMS<br><br>PTC Date: June 10, 2019<br>Time: 10:00 a.m.<br>Room: 10C<br><br>Trial Date: June 25, 2019<br>Time: 9:00 a.m.<br>Room: 10C |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND TO THEIR

RESPECTIVE ATTORNEYS OF RECORD:

Plaintiffs hereby submit their list of proper names, unusual or scientific terms that

will be used at the trial of the above-captioned matter.

**Proper Names of Parties/Witnesses**

1. Phillip Soto Garcia, Jr. (Decedent/Deceased)
2. Mary Helen Garcia
3. Angelo Garcia
4. Phillip J. Garcia
5. Dwight Walker
6. Roger Clark
7. Dr. Bennet Omalu
8. Sergeant Jose Ayala
9. C. Deputy II Robert Figueroa
10. C. Deputy II Andrew Pearson
11. C. Deputy II Leonardo Lopez
12. C. Deputy II Isaiah Cordero
13. C. Deputy II Leo Llanos
14. C. Deputy II Nigel Hinson
15. C. Deputy II Kevin Caverley
16. C. Deputy II Izaac Rodarte-Lugo
17. Deputy Lorena Miranda
18. C. Deputy II Stefano Varoni
19. C. Deputy II Pascual Maldonado
20. C. Deputy II Ryanne Kramer

21. C. Deputy Thomas Tarango

22. Corporal James Steele

23. C. Deputy Scott Bergert (to appear by deposition)

24. Deputy Carlos Tesillo (to appear by deposition)

25. Officer Joseph Brooks

26. M. Scott McCormick, M.D.

27. Katie Cohen

28. Kirsten Ramirez

29. Cho Lwin, M.D.

30. Truclinh Nguyen, M.D.

31. Mandy Leung

32. Pham Le Baonhan, M.D.

33. Andrew Logan, M.D.

34. Jacqueline K. Le, M.D.

35. Shervin Rafie, M.D.

36. Barbara McMurrich, RN

37. Angel Martin, RN

38. Sylvia Derhak, RN

39. L. Renteria

40. Adelaide Aplin

41. Robert Fonzi

42. Gary M. Vilke, M.D.

43. Walter Strauser, M.D.

44. Michael Gold, M.D.

**Unusual or Scientific Terms**

1. Rhabdomyolysis

2. Stinger grenade

3. ERC (Emergency Restraint Chair)

4. ERT (Emergency Response Team)

5. POST (Peace Officer Standards Training)

6. ECW (Electronic Control Weapon)

7. Asphyxia

8. Carotid Hold or Carotid Restraint

9. Salivary gland hold

10. Encephalopathy

11. Creatine Kinase

12. Hypoxic Encephalopathy

13. Hypoxic-Ischemic Cerebral Injury

14. Acidosis.

Dated: June 11, 2019                          /s/Suzanne Skolnick
                                              Attorney for Plaintiffs, Mary
                                              Garcia, et al.