☐ ORIGINAL

1   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    ARTHUR K. CUNNINGHAM, SB# 97506
2     E-Mail: Arthur.Cunningham@lewisbrisbois.com
    KAYLEIGH A. ANDERSEN, SB#306442
3     E-Mail: Kayleigh.Andersen@lewisbrisbois.com
    650 East Hospitality Lane, Suite 600
4   San Bernardino, California 92408
    Telephone: 909.387.1130
5   Facsimile: 909.387.1138

6   **ARIAS & LOCKWOOD**
    CHRISTOPHER D. LOCKWOOD, SB#110853
7     E-Mail:  Christopher.Lockwood@ariaslockwood.com
    1881 South Business Center Drive, Suite 9A
8   San Bernardino, California  92408
    Telephone:  909-890-0125
9   Facsimile:  909-890-0185

10  Attorneys for Defendants
    SERGEANT AYALA, DEPUTY FIGUEROA, DEPUTY PEARSON, DEPUTY
11  LOPEZ, DEPUTY CORDERO, DEPUTY LLANOS, DEPUTY HINSON,
    DEPUTY CAVERLY, DEPUTY RODARTEO-LUGO, DEPUTY MIRANDA,
12  DEPUTY VARONI, DEPUTY MALDONADO, DEPUTY KRAMER, DEPUTY
    TARANGO, DEPUTY STEELE, DEPUTY BERGERT and DEPUTY TESILLO

13

14              UNITED STATES DISTRICT COURT

15       CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

16

17  MARY H. GARCIA, Individually, and        CASE NO. 5:18-CV-839-SJO (ASx)
    as successor-in-interest to ESTATE OF
18  PHILLIP SOTO GARCIA, JR.                 **NOTICE OF CONDITIONAL**
    (Deceased), et al.,                      **SETTLEMENT**
19
            Plaintiffs,                      Trial Date:      June 18, 2019
20
        vs.
21
    COUNTY OF RIVERSIDE,
22  et al.,

23          Defendants.

24

25  _____

26
             TO THIS HONORABLE COURT:
27
    / / /
28

4812-2331-2282.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1       The parties hereto, through their attorneys of record, provide notice to this

2 Court that a settlement has been reached in this matter. The settlement is

3 conditioned upon approval by an excess insurance authority. The authority's board

4 is scheduled to consider the matter on June 26, 2019.

5       The parties have agreed to the form of the Conditional Settlement Agreement

6 and are executing that document. Upon approval of the settlement, the settlement

7 will be funded, and the matter dismissed by stipulation and order. In the unlikely

8 event that the settlement is not approved, the parties will so advise the Court.

9       It is respectfully and jointly requested by the parties that the pending trial date

10 of June 25, 2019 be vacated, with the court to retain jurisdiction until the stipulation

11 for dismissal is filed and the case ordered dismissed.

12

13 DATED: June 13, 2019          LEWIS BRISBOIS BISGAARD & SMITH LLP

14

15

16                    By:        */s/ Arthur K. Cunningham*

                                  Arthur K. Cunningham

17                                   Attorneys for Defendants

18       I CERTIFY THAT ALL PARTIES TO THIS DOCUMENT HAVE

19 CONSENTED TO ITS FILING AND TO THE LANGUAGE CONTAINED

20 HEREIN.

21

22

23                    By:        */s/ Arthur K. Cunningham*

24                                   Arthur K. Cunningham

25                                   Attorneys for Defendants

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1

## FEDERAL COURT PROOF OF SERVICE

2   GARCIA, MARY H. vs COUNTY OF RIVERSIDE - Case No. 5:18-CV-00839-
SJO (ASx)

3

4   STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

5       At the time of service, I was over 18 years of age and not a party to the action.
My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA
92408. I am employed in the office of a member of the bar of this Court at whose
direction the service was made.

6

7       On June 14, 2019, I served the following document(s): **NOTICE OF
CONDITIONAL SETTLEMENT**

8

9       I served the documents on the following persons at the following addresses
(including fax numbers and e-mail addresses, if applicable):

10   **SEE ATTACHED SERVICE LIST**

11       The documents were served by the following means:

12   ☒   (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically
filed the documents with the Clerk of the Court using the CM/ECF system,
which sent notification of that filing to the persons listed above.

13

14       I declare under penalty of perjury under the laws of the United States of
America and the State of California that the foregoing is true and correct.

15

16       Executed on June 14, 2019, at San Bernardino, California.

17

18                                Sharon Denise Moore-Duncan

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4812-2331-2282.1

NOTICE OF CONDITIONAL SETTLEMENT

**SERVICE LIST**
**GARCIA, MARY H. vs COUNTY OF RIVERSIDE**
**5:18-CV-00839-SJO (ASx)**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Robert Trujillo, Esquire<br>Melody Trujillo, Esquire<br>TRUJILLO & TRUJILLO, APLC<br>41593 Winchester Road, Suite 201<br>Temecula, California  92590<br>951-296-9529<br>E-mail:  trulaw@trujillo-law.us<br>**Attorneys for Plaintiffs**<br>**MARY H. GARCIA, Individually and**<br>**as successor-in-interest to Estate of**<br>**Phillip Soto Garcia, Jr. (deceased);**<br>**ANGELO GARCIA, PHILLIP J.**<br>**GARCIA and FRED A. TORO** | Christopher D. Lockwood, Esquire<br>ARIAS & LOCKWOOD<br>1881 South Business Center Drive, Suite 9A<br>San Bernardino, California  92408<br>909-890-0125<br>909-890-0185 (facsimile)<br>E-mail:  Christopher.lockwood@ariaslockwood.com<br>**Co-Attorneys for Defendants**<br>**COUNTY OF RIVERSIDE,**<br>**STANLEY SNIFF, WILLIAM DI**<br>**YORIO, JULIO IBARRA, JERRY**<br>**GUTIERREZ, DAVID KONDRIT**<br>**and SERGEANT MAGANA** |

Robert Trujillo, Esquire
Melody Trujillo, Esquire
TRUJILLO & TRUJILLO, APLC
41593 Winchester Road, Suite 201
Temecula, California  92590
951-296-9529
E-mail:  trulaw@trujillo-law.us
**Attorneys for Plaintiffs**
**MARY H. GARCIA, Individually and**
**as successor-in-interest to Estate of**
**Phillip Soto Garcia, Jr. (deceased);**
**ANGELO GARCIA, PHILLIP J.**
**GARCIA and FRED A. TORO**

Christopher D. Lockwood, Esquire
ARIAS & LOCKWOOD
1881 South Business Center Drive, Suite 9A
San Bernardino, California  92408
909-890-0125
909-890-0185 (facsimile)
E-mail:  Christopher.lockwood@ariaslockwood.com
**Co-Attorneys for Defendants**
**COUNTY OF RIVERSIDE,**
**STANLEY SNIFF, WILLIAM DI**
**YORIO, JULIO IBARRA, JERRY**
**GUTIERREZ, DAVID KONDRIT**
**and SERGEANT MAGANA**

Suzanne Skolnick, Esquire
2888 Loker Avenue East, Suite 110-F
Carlsbad, California  92010
760-405-4397
E-mail:
Suzanne@skolnicklawgroup.com
**Attorneys for Plaintiffs**
**MARY H. GARCIA, Individually and**
**as successor-in-interest to Estate of**
**Phillip Soto Garcia, Jr. (deceased);**
**ANGELO GARCIA, PHILLIP J.**
**GARCIA and FRED A. TORO**

Peter J. Ferguson, Esquire
Kyle R. Bevan, Esquire
FERGUSON, PRAET & SHERMAN
1631 East 18th Street
Santa Ana, California  92705
714-953-5300
714-953-1143 (facsimile)
Peterferg@aol.com
Kbevan@law4cops.com
**Attorneys for Defendants**
**CITY OF CATHEDRAL CITY,**
**OFFICER DANIEL ANES, OFFICER**
**JOSEPH BROOKS, OFFICER**
**CLADIU MURZEA, and OFFICER**
**MATTHEW BUEHLER**

Lewis Khashan, Esquire
38975 Sky Canyon Drive, Suite 201
Murrieta, California  92563
951-775-7279
E-mail:  lewis@khashanlaw.com
**Attorneys for Plaintiffs**
**MARY H. GARCIA, Individually and**
**as successor-in-interest to Estate of**
**Phillip Soto Garcia, Jr. (deceased);**
**ANGELO GARCIA, PHILLIP J.**
**GARCIA and FRED A. TORO**

Daniel P. Barer, Esquire
Daniel@pollakvida.com
Anna L. Birenbaum, Esquire
Anna.pollakvida.com
POLLAK, VIDA & BARER
11150 West Olympic Boulevard, Suite 900
Los Angeles, California  90064
310-551-3400
310-551-1036
**Attorneys for Defendants**
**CITY OF CATHEDRAL CITY,**
**OFFICER DANIEL ANES, OFFICER**
**JOSEPH BROOKS, OFFICER**
**CLADIU MURZEA and OFFICER**
**MATTHEW BUEHLER**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4812-2331-2282.1