UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV18-839 SJO (ASx) | Date | August 1, 2019 |
|---|---|---|---|
| Title | Mary H. Garcia, et al. v. County of Riverside, et al. | | |

| Present: The Honorable | S. James Otero, United States District Judge |
|---|---|
| Stephen Montes Kerr | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

   The Court has been notified by counsel that there has been a conditional settlement reached in this matter.  The Court sets an Order to Show Cause Re Dismissal hearing for Monday, September 9, 2019, at 8:30 a.m.  If the parties file the appropriate dismissal pursuant to FRCP 41 prior to this hearing date the matter will be taken off this Court's calendar.

   The Court vacates the Jury Trial scheduled for August 6, 2019.

                                                                                        :
                                                    Initials of Preparer          SMO