ORIGINAL

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ARTHUR K. CUNNINGHAM, SB# 97506
2    E-Mail: Arthur.Cunningham@lewisbrisbois.com
   650 East Hospitality Lane, Suite 600
3  San Bernardino, California 92408
   Telephone: 909.387.1130
4  Facsimile: 909.387.1138
   Email: Arthur.Cunningham@lewisbrisbois.com
5
   Attorneys for Defendants
6  SERGEANT AYALA, et al.

7

8

9              UNITED STATES DISTRICT COURT

10       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| 12 | MARY GARCIA, etc., et al, | CASE NO. CV 18-00839 SJO (ASx) |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE, COURT TO RETAIN JURISDICTION; REQUEST TO VACATE TRIAL DATE** |
| 14 | vs. | |
| 15 | COUNTY OF RIVERSIDE, et al., | |
| 16 | Defendants. | *[PROPOSED ORDER SUBMITTED CONCURRENTLY]* |
| 17 | | |
| 18 | | Trial Date: 8/6/2019 |

19

20       TO THIS HONORABLE COURT:

21  IT IS HEREBY STIPULATED AND REQUESTED by and between Plaintiffs and

22  each of them, and Defendants and each of them, through their attorneys of record, as

23  follows:

24       1.    This action, and each and every claim for relief thereof, is dismissed in

25  its entirety, with prejudice.

26       2.    The parties acknowledge and agree that they shall bear their own costs,

27  expenses and attorneys' fees arising out of and/or connected with this matter,

28  including any such fees or expenses potentially recoverable under 42 U.S.C. Sec.

4847-3744-0925.1

1988.

3. This Stipulation and Order is the result of the compromise of a disputed claim. It is not to be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or event referenced in the pleadings herein.

4. Based upon the foregoing, it is requested that the pending trial date of August 6, 2019 be vacated.

**IT IS SO STIPULATED AND REQUESTED.**

DATED: August 1, 2019        TRUJILLO & TRUJILLO

By:   */s/ Robert Trujillo*
ROBERT TRUJILLO, Esq.,
Attorney for Plaintiffs

DATED: August 1, 2019        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Arthur K. Cunningham*

Arthur K. Cunningham
Attorneys for Defendants

## CERTIFICATION

I certify that all parties to this document have consented to its filing and to the language contained herein, and have authorized the undersigned to affix their electronic signatures.

By:   */s/ Arthur K. Cunningham*
Arthur K. Cunningham
Attorneys for Defendants

## FEDERAL COURT PROOF OF SERVICE

GARCIA, MARY H. vs COUNTY OF RIVERSIDE - Case No. 5:18-CV-00839-SJO (ASx)

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 2, 2019, I served the following document(s): STIPULATION FOR DISMISSAL WITH PREJUDICE, COURT TO RETAIN JURISDICTION; TRIAL DATE VACATED

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

### SEE ATTACHED SERVICE LIST

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 2, 2019, at San Bernardino, California.

_____
Sharon Denise Moore-Duncan

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4847-3744-0925.1

STIPULATION FOR DISMISSAL WITH PREJUDICE

# SERVICE LIST
## GARCIA, MARY H. vs COUNTY OF RIVERSIDE
### 5:18-CV-00839-SJO (ASx)

Robert Trujillo, Esquire
Melody Trujillo, Esquire
TRUJILLO & TRUJILLO, APLC
41593 Winchester Road, Suite 201
Temecula, California 92590
951-296-9529
E-mail: trulaw@trujillo-law.us
**Attorneys for Plaintiffs**
**MARY H. GARCIA, Individually and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. (deceased); ANGELO GARCIA, PHILLIP J. GARCIA and FRED A. TORO**

Suzanne Skolnick, Esquire
2888 Loker Avenue East, Suite 110-F
Carlsbad, California 92010
760-405-4397
E-mail: Suzanne@skolnicklawgroup.com
**Attorneys for Plaintiffs**
**MARY H. GARCIA, Individually and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. (deceased); ANGELO GARCIA, PHILLIP J. GARCIA and FRED A. TORO**

Lewis Khashan, Esquire
38975 Sky Canyon Drive, Suite 201
Murrieta, California 92563
951-775-7279
E-mail: lewis@khashanlaw.com
**Attorneys for Plaintiffs**
**MARY H. GARCIA, Individually and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. (deceased); ANGELO GARCIA, PHILLIP J. GARCIA and FRED A. TORO**

Christopher D. Lockwood, Esquire
ARIAS & LOCKWOOD
1881 South Business Center Drive, Suite 9A
San Bernardino, California 92408
909-890-0125
909-890-0185 (facsimile)
E-mail: Christopher.lockwood@ariaslockwood.com
**Co-Attorneys for Defendants**
**COUNTY OF RIVERSIDE, STANLEY SNIFF, WILLIAM DI YORIO, JULIO IBARRA, JERRY GUTIERREZ, DAVID KONDRIT and SERGEANT MAGANA**

Peter J. Ferguson, Esquire
Kyle R. Bevan, Esquire
FERGUSON, PRAET & SHERMAN
1631 East 18th Street
Santa Ana, California 92705
714-953-5300
714-953-1143 (facsimile)
Peterferg@aol.com
Kbevan@law4cops.com
**Attorneys for Defendants**
**CITY OF CATHEDRAL CITY, OFFICER DANIEL ANES, OFFICER JOSEPH BROOKS, OFFICER CLADIU MURZEA, and OFFICER MATTHEW BUEHLER**

Daniel P. Barer, Esquire
Daniel@pollakvida.com
Anna L. Birenbaum, Esquire
Anna.pollakvida.com
POLLAK, VIDA & BARER
11150 West Olympic Boulevard, Suite 900
Los Angeles, California 90064
310-551-3400
310-551-1036
**Attorneys for Defendants**
**CITY OF CATHEDRAL CITY, OFFICER DANIEL ANES, OFFICER JOSEPH BROOKS, OFFICER CLADIU MURZEA and OFFICER MATTHEW BUEHLER**