ORIGINAL

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ARTHUR K. CUNNINGHAM, SB# 97506
  E-Mail: Arthur.Cunningham@lewisbrisbois.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138
Email: Arthur.Cunningham@lewisbrisbois.com

Attorneys for Defendants
SERGEANT AYALA, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARY GARCIA, etc., et al, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF RIVERSIDE, et al., <br><br> Defendants. | CASE NO. CV 18-00839 SJO (ASx) <br><br> **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE, COURT TO RETAIN JURISDICTION; TRIAL DATE VACATED** <br><br> Trial Date: 8/6/2019 |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO, IT IS ORDERED, ADJUDGED AND DECREED:

    1.    This action, and each and every claim for relief thereof, is dismissed in its entirety, with prejudice.

    2.    The parties shall bear their own costs, expenses and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988.

    3.    This Stipulation and Order is the result of the compromise of a disputed claim. It is not to be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or event referenced in the pleadings

herein.

4. The pending trial date of August 6, 2019 is vacated.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: July ___, 2019

By: _____
Hon. S. James Otero
United States District Judge